UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| SWPLAZA III, LLC, an Illinois limited liability company, as successor to Illinois National Bank, as Trustee under Trust Agreement dated November 6, 2000 and known as Trust No. 00-0020, an Illinois banking institution, | ) ) ) ) ) ) ) | |
| Plaintiff, | ) ) | Case No. |
| vs. | ) ) | |
| TSA STORES, INC., as successor to Gart Bros. Sporting Goods Company, a Delaware corporation, | ) ) ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for TSA STORES, INC., a Delaware corporation, in compliance with Fed.R.Civ.P. 7.1 and CDIL-LR 11.3, states as follows:

1.  The full name of the party represented by Hinshaw & Culbertson LLP in this case is: TSA STORES, INC.

2.  (a) The parent of TSA Stores, Inc. is: The Sports Authority, Inc.

    (b) No publicly held company owns 10% or more of the stock of TSA Stores, Inc.

3.  Hinshaw & Culbertson LLP is the law firm whose partners or associates will appear or are expected to appear for TSA Stores, Inc., in this cause.

Dated: August 17, 2006

/s/ J. William Roberts
/s/ Charles R. Schmadeke
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL 62701
Phone: 217-528-7375
Fax: 217-528-0075
E-mail: broberts@hinshawlaw.com
E-mail: cschmadeke@hinshawlaw.com
Attorney Bar No.: 02351714
Attorney Bar No.: 2489813
Attorneys for TSA Stores, Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 17, 2006, I electronically filed the *Certificate of Interest* with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

David A. Rolf        Email: darolf@sorlinglaw.com

R. Lee Allen        Email: rlallen@sorlinglaw.com

and I hereby certify that on August 17, 2006, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

      /s/J. William Roberts

      J. William Roberts, No. 2351714
      Charles R. Schmadeke, No. 2489813
      Hinshaw & Culbertson LLP
      400 S. 9th St., Suite 200
      Springfield, IL 62701
      Phone: 217-528-7375
      Fax: 217-528-0075
      E-mail:        broberts@hinshawlaw.com

      E-mail: cschmadeke@hinshawlaw.com

      Attorneys for TSA Stores, Inc.