E-FILED
Thursday, 17 August, 2006  12:12:50 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SWPLAZA III, LLC, an Illinois limited liability company, as successor to Illinois National Bank, as Trustee under Trust Agreement dated November 6, 2000 and known as Trust No. 00-0020, an Illinois banking institution,<br><br>    Plaintiff,<br><br> vs.<br><br>TSA STORES, INC., as successor to Gart Bros. Sporting Goods Company, a Delaware corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DESIGNATION OF COUNSEL**

In accordance with CDIL-LR 11.2, Defendant, TSA STORES, INC., designates Charles R. Schmadeke as the attorney who will be responsible for receipt of telephone conference calls in this matter.

Dated: August 17, 2006

/s/ J. William Roberts
/s/ Charles R. Schmadeke
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL 62701
Phone: 217-528-7375
Fax: 217-528-0075
E-mail: broberts@hinshawlaw.com
E-mail: cschmadeke@hinshawlaw.com
Attorney Bar No.: 02351714
Attorney Bar No.: 2489813
Attorneys for TSA Stores, Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 17, 2006, I electronically filed the *Designation of Counsel* with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

David A. Rolf        Email: darolf@sorlinglaw.com

R. Lee Allen        Email: rlallen@sorlinglaw.com

and I hereby certify that on August 17, 2006, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

      /s/J. William Roberts

      J. William Roberts, No. 2351714
      Charles R. Schmadeke, No. 2489813
      Hinshaw & Culbertson LLP
      400 S. 9th St., Suite 200
      Springfield, IL 62701
      Phone: 217-528-7375
      Fax: 217-528-0075
      E-mail:      broberts@hinshawlaw.com

      E-mail:      cschmadeke@hinshawlaw.com

      Attorneys for TSA Stores, Inc.