UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SWPLAZA III, LLC, an Illinois limited liability company, as successor to Illinois National Bank, as Trustee under Trust Agreement dated November 6, 2000 and known as Trust No. 00-0020, an Illinois banking institution,<br><br>    Plaintiff,<br><br> vs.<br><br>TSA STORES, INC., as successor to Gart Brothers Sporting Goods Company, a Delaware corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.  06-CV-3177<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING**

  TAKE NOTICE that on August 17, 2006, Defendant, filed a Notice of Filing of Notice of Removal with the Circuit Court of the Seventh Judicial Circuit, Sangamon County, Illinois, and served the same upon Plaintiff through its attorneys.  Attached as Exhibit A hereto is a file-stamped copy of that Notice.

Dated:  August 17, 2006

            Respectfully submitted,

            TSA Stores, Inc, as successor to Gart Bros.
            Sporting Goods Company, A Delaware Corp.

            BY:  /s/  J. William Roberts
            J. William Roberts, No. 2351714
            Charles R. Schmadeke, No. 2489813
            Hinshaw & Culbertson LLP
            400 S. 9th St., Suite 200
            Springfield, IL 62701
            Phone: 217-528-7375
            Fax: 217-528-0075
            E-mail: broberts@hinshawlaw.com
            E-mail: cschmadeke@hinshawlaw.com
            Attorneys for TSA Stores, Inc.

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 17, 2006, I electronically filed the *Notice of Filing* with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

David A. Rolf        Email: darolf@sorlinglaw.com

R. Lee Allen        Email: rlallen@sorlinglaw.com

and I hereby certify that on August 17, 2006, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

        /s/J. William Roberts

        J. William Roberts, No. 2351714
        Charles R. Schmadeke, No. 2489813
        Hinshaw & Culbertson LLP
        400 S. 9th St., Suite 200
        Springfield, IL 62701
        Phone: 217-528-7375
        Fax: 217-528-0075
        E-mail: broberts@hinshawlaw.com
        E-mail: cschmadeke@hinshawlaw.com
        Attorneys for TSA Stores, Inc.

IN THE CIRCUIT COURT
FOR THE SEVENTH JUDICIAL CIRCUIT
SANGAMON COUNTY, ILLINOIS

SWPLAZA III, LLC, an Illinois limited liability )
company, as successor to Illinois National Bank, )
as Trustee under Trust Agreement dated )
November 6, 2000 and known as Trust No. 00- )
0020, an Illinois banking institution, )
                                                       )
        Plaintiff, )
                         ) Case No. 2006 MR 392
    vs. )
                         )
TSA STORES, INC., as successor to Gart ) **FILED**
Brothers Sporting Goods Company, a Delaware )
corporation, ) AUG 17 2006   CIV.-3
                         )
        Defendant. )
                         ) Clerk of the Circuit Court

**NOTICE OF FILING OF NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §1446(d), Defendant, TSA Stores, Inc., a Delaware Corporation, by its attorneys, Hinshaw & Culbertson LLP, hereby gives notice to the Circuit Court of the Seventh Judicial Circuit, Sangamon County, Illinois, and to Plaintiff SW Plaza III, LLC, an Illinois limited liability company, through its attorneys, that on August 17, 2006, Defendant filed a Notice of Removal, removing the above-captioned action to the United States District Court for the Central District of Illinois, Springfield Division. A copy of the Notice of Removal is attached to this Notice.

DATED: August 17, 2006.     Respectfully submitted,

                                         TSA STORES, INC., as successor to Gart Brothers
                                         Sporting Goods Company, a Delaware corporation,

                                  By _____
                                          One of Its Attorneys

60150181v1 868372

J. William Roberts (#2351714)
Charles R. Schmadeke (#2489813)
HINSHAW & CULBERTSON LLP
400 South Ninth Street, Suite 200
Springfield, IL 62701
217/528-7375 (phone)
217/528-0075 (fax)

60150181v1 868372

## CERTIFICATE OF SERVICE

Under penalties as provided by law pursuant to 735 ILCS 5/1-109 of the Code of Civil Procedure, the undersigned certifies that service of the foregoing NOTICE OF FILING OF NOTICE OF REMOVAL was made by mailing a true and correct copy thereof to:

David A. Rolf
R. Lee Allen
Sorling Northrup Hanna Cullen & Cochran LTD
Illinois Building
607 E. Adams Street, Suite 800
Springfield, IL 62701

by placing same in the United States Mail on this 17th day of August, 2006

*/s/ Charles R. Schmadeke*

J. William Roberts (#2351714)
Charles R. Schmadeke (#2489813)
HINSHAW & CULBERTSON LLP
400 South Ninth Street, Suite 200
Springfield, IL 62701
217/528-7375 (phone)
217/528-0075 (fax)

60150181v1 868372