**E-FILED**
Thursday, 31 August, 2006  01:32:53 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| SWPLAZA III, LLC, an Illinois limited liability company, as successor to Illinois National Bank, as Trustee under Trust Agreement dated November 6, 2000 and known as Trust No. 00-0020, an Illinois banking institution, | ) ) ) ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 3: 06-CV-3177 |
| vs. | ) ) | |
| TSA STORES, INC., as successor to Gart Bros. Sporting Goods Company, a Delaware corporation, | ) ) ) ) | |
| Defendant. | ) ) | |

## RESPONSE TO ORDER ON NOTICE OF REMOVAL

Defendant, TSA Stores, Inc., a Delaware corporation, by its attorneys, Hinshaw & Culbertson LLP, respectfully responds to the Order on Notice of Removal, entered August 21, 2006, and states as follows:

**A)**     **Return of Service of Process on Defendant**

1.      Attached hereto as Exhibit A is a certified copy of the Summons and Affidavit of Process Server.

2.      The process server, Aaron Willoughby, declares in said Affidavit that process was served on Defendant's registered agent on July 19, 2006, at 1:25 p.m.

3.      Defendant's registered agent in Illinois, CT Corporation, has recorded the date and hour of service as July 18, 2006, at 1:25 p.m.  In reliance upon that recording, Defendant stated in paragraph 4 of the Notice of Removal as follows:  "On July 18, 2006, the Complaint and Summons in the State action were served upon Defendant."

60150661v1 868372

4.      Pursuant to 28 U.S.C. §1446(b), a notice of removal must be "filed within thirty days after the receipt by the Defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based…."

5.      The Notice of Removal in this action was filed August 17, 2006, *i.e.,* within thirty days of either July 18, 2006, or July 19, 2006.  *See* Fed.R.Civ.P. 6(a).

**B)      Diversity of Citizenship**

6.      Plaintiff SWPlaza III, LLC, is a limited liability company organized and formed in and under the laws of the State of Illinois, specifically, the Illinois Limited Liability Company Act (805 ILCS 180/1-1 *et seq.*).

7.      As the Court correctly observed, a limited liability company is a citizen of every state of which any member is a citizen.  *Belleville Catering Co. v. Champaign Market Place LLC*, 350 F.3d 691, 692 (7th Cir. 2003); *see also Wise v. Wachovia Securities, LLC,* 450 F.3d 265, 267 (7th Cir. 2006).

8.      Attached hereto as Exhibit B is a certified copy for the Articles of Organization for SWPlaza III, LLC, filed with the Illinois Secretary of State on January 13, 2004, and the Annual Reports for SWPlaza III, LLC filed with the Secretary of State on December 16, 2004 and December 28, 2005.  Those documents reflect that the manager of SWPlaza III, LLC, is SWPlaza III Management, Ltd., and that the organizers of SWPlaza III, LLC, are Charles E. Robbins and Arthur F. Seppi.

9.      SWPlaza III Management, Ltd., is a corporation organized and formed under the laws of the State of Illinois, and its principal place of business is in the State of Illinois. Attached hereto as Exhibit C is a certified copy of the Articles of Incorporation filed with the Illinois Secretary of State on January 13, 2004, and the Annual Reports therefor filed with the

2

Secretary of State in 2004 and 2005.  Charles E. Robbins and Arthur F. Seppi are listed as incorporators, officers, and directors of SWPlaza III Management, Ltd.

10.    Counsel for Defendant has conducted an internet search and a Westlaw search, including a search under the Dun & Bradstreet Business Records Plus database, for additional information pertaining to Plaintiff.  No further information regarding the members of SWPlaza III, LLC, appears to be publicly available.

11.    This litigation involves the tenancy of certain real property located in Sangamon County, Illinois.  That tenancy was governed by a certain Lease, made April 2, 2001, and attached to the Complaint as Plaintiff's Exhibit B.  Paragraph 34 thereof addresses notices provided under the Lease and states in part as follows:

> If to Landlord:    Charles E. Robbins, Realtor
> 2144 South MacArthur Boulevard
> Springfield, Illinois 62704

12.    With respect to its dealings with Plaintiff, Defendant has dealt with Arthur Seppi and Charles E. Robbins or their attorneys.  For example, attached to Plaintiff's Complaint as Exhibit D is a letter from Defendant regarding the termination of the Lease.  The letter is addressed to Arthur Seppi, Charles E. Robbins, and their attorney, Mr. Allen.  A copy of that letter without the enclosures therewith is attached hereto as Exhibit D for the convenience of the Court.

13.    By letter dated May 5, 2006, Plaintiff's attorney replied to the letter referenced in paragraph 13 above on behalf of the Landlord.  A true and correct copy of that letter is attached hereto as Exhibit E.  In its opening, that letter identifies the persons who have an interest in the construction of the Lease.

> "As attorney for Mr. Robbins and Mr. Seppi…."

3

14. Based upon the foregoing information, the members of SWPlaza III, LLC, are Charles E. Robbins and Arthur F. Seppi.

15. Charles E. Robbins and Arthur F. Seppi are citizens of the State of Illinois. *See Galva Foundry Company v. Heiden*, 924 F.2d 729, 730 (7th Cir. 1991) (an individual's state of citizenship for diversity purposes is his or her state of domicile).

16. Defendant was and is now a corporation organized, formed, and incorporated in and under the laws of the State of Delaware and has its principal place of business in the State of Colorado. Based upon the foregoing, no member of SWPlaza III, LLC, is a citizen of either the State of Delaware or the State of Colorado.

17. Based upon the foregoing, there is complete diversity between Plaintiff and Defendant, and this Court has original jurisdiction over this action pursuant to 28 U.S.C. §1332.

WHEREFORE, Defendant TSA Stores, Inc., prays that this Court enter an order finding that removal is in compliance with all requirements pertaining thereto.

DATED:        August 31, 2006

Respectfully submitted,

TSA Stores, Inc., a Delaware corporation,
as successor to Gart Bros. Sporting Goods
Company, Defendant,


BY: s/ Charles R. Schmadeke

J. William Roberts, No. 2351714
Charles R. Schmadeke, No. 2489813
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL 62701
Phone: 217-528-7375
Fax: 217-528-0075
E-mail: broberts@hinshawlaw.com
E-mail: cschmadeke@hinshawlaw.com
Attorneys for TSA Stores, Inc.

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 31, 2006, I electronically filed the RESPONSE TO ORDER ON NOTICE OF REMOVAL with the Clerk of Court using the CM/ECF system that will send notification of such filing to the following:

David A. Rolf          Email: <u>darolf@sorlinglaw.com</u>

and I hereby certify that on August 31, 2006, I mailed by United States Postal Service, the document to the following non-registered participant:

R. Lee Allen
Sorling Northrup Hanna Cullen & Cochran LTD
Illinois Building
607 E. Adams Street, Suite 800
Springfield, IL  62701

s/ Charles R. Schmadeke

J. William Roberts, No. 2351714
Charles R. Schmadeke, No. 2489813
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL 62701
Phone: 217-528-7375
Fax: 217-528-0075
E-mail: <u>broberts@hinshawlaw.com</u>
E-mail: <u>cschmadeke@hinshawlaw.com</u>
Attorneys for TSA Stores, Inc.

60150661v1 868372

E-FILED
Thursday, 31 August, 2006  01:33:41 PM
Clerk, U.S. District Court, ILCD

**IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
SANGAMON COUNTY, ILLINOIS**

SWPLAZA III, LLC, an Illinois limited )
liability company, as successor to )
Illinois National Bank, as Trustee under )
Trust Agreement dated November 6, 2000 )
and known as Trust No. 00-0020, )
an Illinois banking institution, )
)
     Plaintiff, )
)
v. )   Case No. 2006MR000342
)
TSA STORES, INC., as successor to Gart )
Brothers Sporting Goods Company, )
a Delaware corporation, )
)
     Defendant. )

**FILED**
JUL 24 2006    CIV-3
Clerk of the
Circuit Court

### SUMMONS

To Defendant:   CT Corporation System, Registered Agent, TSA Stores, Inc., 208 South
LaSalle Street, Suite 814, Chicago, IL 60604-1101

     YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the clerk of this court, 200 South 9th Street, Springfield, Illinois 62701, within 30 days after service of this summons, not counting the day of service.  IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

     This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service.  If service cannot be made, this summons shall be returned so endorsed.  This summons may not be served later than 30 days after its date.

(Seal of Court)

WITNESS _____, 2006

_____ Clerk of Court

Sorling, Northrup, Hanna, Cullen & Cochran, Ltd.
David A. Rolf, of Counsel
Suite 800, Illinois Building
Post Office Box 5131
Springfield, IL 62705
Telephone: (217)544-1144

Date of Service: ___7/19___, 2006

{S0511047.1 6/23/2006 DAR MA}

**EXHIBIT A**

# Affidavit of Process Server

*SW Plaza III, LLC, et al.* vs *TSA Stores Inc* 2006MR392

**PLAINTIFF/PETITIONER** **DEFENDANT/RESPONDENT** **CASE #**

Being duly sworn, on my oath, I _Aaron Willoughby_
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served _TSA Stores, Inc_

with the (documents) ☐ Subpoena with $_____ witness fee and mileage **NAME OF PERSON/ENTITY BEING SERVED**

_Summons and Complaint_

by serving (NAME) _Lourdes Vina CT Corporation Authorize To Accept Service_

at ☐ Home _____

☑ Business _208 South LaSalle St Chicago Il Ste #814_

☑ on (DATE) _7-19-06_ at (TIME) _1:25 PM_

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☑ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely _Lourdes Vina_
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address ☐ Evading ☐ Other: _____
☐ Address Does Not Exist ☐ Service Cancelled by Litigant _____
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____ , ( )_____
DATE TIME DATE TIME
( )_____ , ( )_____ , ( )_____
DATE TIME DATE TIME DATE TIME

**Description:**
☐ Male ☑ White Skin ☑ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☐ Under 100 Lbs.
☑ Female ☐ Black Skin ☐ Brown Hair ☐ Balding ☑ 21-35 Yrs. ☐ 5'0"-5'3" ☐ 100-130 Lbs.
☐ Yellow Skin ☐ Blond Hair ☐ 36-50 Yrs. ☑ 5'4"-5'8" ☑ 131-160 Lbs.
☐ Brown Skin ☐ Gray Hair ☐ Mustache ☐ 51-65 Yrs. ☐ 5'9"-6'0" ☐ 161-200 Lbs.
☐ Glasses ☐ Red Skin ☐ Red Hair ☐ Beard ☐ Over 65 Yrs. ☐ Over 6' ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois County of Cook

_____
**SERVED BY**
**LASALLE PROCESS SERVERS**

Subscribed and sworn to before me,
a notary public, this _19_ day of _July_, 20_06_

_____
NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2007

**CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.**



I hereby certify the document to which
this certificate is attached is a true and
complete copy of this original on file and
of record in my office.

Date: _____ 8/2/04

ANTHONY P. LIBRI, JR.
Clerk of the Circuit Court in the
State of Illinois and County of Sangamon



LC0290705

| Form **LLC-5.5**<br>March 2002 | **Illinois**<br>**Limited Liability Company Act**<br>**Articles of Organization** | This space for use by<br>Secretary of State |
|---|---|---|

Jesse White
Secretary of State
Department of Business Services
Limited Liability Company Division
Room 351, Howlett Building
Springfield, IL 62756
http://www.ilsos.net

*SUBMIT IN DUPLICATE*
Must be typewritten

This space for use by Secretary of State

Date 1-13-04    0109-1549
Assigned File #
Filing Fee    $400.00
Approved

Payment must be made by certified check, cashier's check, Illinois attorney's check, Illinois C.P.A.'s check or money order, payable to "Secretary of State."

**FILED**

JAN 1 3 2004

**LIMITED LIABILITY CO. DIV.**
**JESSE WHITE**
**SECRETARY OF STATE**

1.  Limited Liability Company Name: SWPlaza III, LLC

    **PAID**
    JAN 1 3 2004

    (The LLC name must contain the words limited liability company, L.L.C. or LLC and cannot contain the terms corporation, corp., incorporated, inc., ltd., co., limited partnership, or L.P.)

2.  If transacting business under an assumed name, complete and attach Form LLC-1.20.

3.  The address of its principal place of business: (Post office box alone and c/o are unacceptable.)
    2144 South MacArthur Boulevard

    Springfield, IL 62704

4.  The Articles of Organization are effective on: (Check one)

    a) ____✔____ the filing date, or b) _____ another date later than but not more than 60 days subsequent
    to the filing date: _____
    (month, day, year)

5.  The registered agent's name and registered office address is:

    Registered agent:   R. Lee Allen
                        *First Name*              *Middle Initial*          *Last Name*

    Registered Office:  607 East Adams Street, Suite 800
    (P.O. Box and      *Number*              *Street*              *Suite #*
    c/o are unacceptable)  Springfield, IL 62701       Sangamon
                        *City*              *ZIP Code*              *County*

6.  Purpose or purposes for which the LLC is organized: Include the business code # (IRS Form 1065).
    (If not sufficient space to cover this point, add one or more sheets of this size.)

    ~~The LLC purpose or any other lawful purpose which limited liability companies may be organized under this Act~~

    The Company's business and purpose shall consist solely of the acquisition, ownership,
    operation and management of the real estate project known as Southwest Plaza III, located in
    Springfield, Sangamon County, Illinois and such activities as are necessary, incidental or
    appropriate in connection therewith.  **Business Code #531190.**

7.  The latest date, if any, upon which the company is to dissolve  **Perpetual**          .
                                                                    (month, day, year)

    Any other events of dissolution enumerated on an attachment. (Optional)

    LLC-4.7

**EXHIBIT B**

01091549

## LLC-5.5

8.  Other provisions for the regulation of the internal affairs of the LLC per Section 5-5 (a) (8) included as attachment:

    *If yes, state the provisions(s) from the ILLCA.*   ☐ Yes   ☑ No

9.  a) Management is by manager(s):   ☑ Yes   ☐ No
    *If yes, list names and business addresses.*

    SWPlaza III Management, Ltd.
    2144 South MacArthur Blvd.
    Springfield, IL 62704     $\frac{6328}{6117}$

    b) Management is vested in the member(s):   ☐ Yes   ☑ No
    *If yes, list names and addresses.*

10. I affirm, under penalties of perjury, having authority to sign hereto, that these articles of organization are to the best of my knowledge and belief, true, correct and complete.

    Dated _____ December _____ , _____ 2003 _____
                    (Month/Day)                    (Year)

| Signature(s) and Name(s) of Organizer(s) | Business Address(es) |
|---|---|
| 1. *(signature)* <br> ___Signature___ <br> Charles E. Robbins <br> *(Type or print name and title)* <br> _____ <br> *(Name if a corporation or other entity)* | 1. 2144 South MacArthur Blvd. <br> ___Number___          ___Street___ <br> Springfield <br> ___City/Town___ <br> IL 62704 <br> ___State___          ___ZIP Code___ |
| 2. *(signature)* <br> ___Signature___ <br> Arthur F. Seppi <br> *(Type or print name and title)* <br> _____ <br> *(Name if a corporation or other entity)* | 2. 2144 South MacArthur Blvd. <br> ___Number___          ___Street___ <br> Springfield <br> ___City/Town___ <br> IL 62704 <br> ___State___          ___ZIP Code___ |
| 3. _____ <br> ___Signature___ <br> _____ <br> *(Type or print name and title)* <br> _____ <br> *(Name if a corporation or other entity)* | 3. _____ <br> ___Number___          ___Street___ <br> _____ <br> ___City/Town___ <br> _____ <br> ___State___          ___ZIP Code___ |

(Signatures must be in ink on an original document. Carbon copy, photocopy or rubber stamp signatures may only be used on conformed copies.)

LLC-4.7

L.L.C. File Number: 01091549

Filing Deadline is [Prior to]: 01/01/2005

This report must be RECEIVED in the office of the Secretary of State prior to the anniversary date to avoid late filing penalties and eventual administrative dissolution of its organization.

Form **LLC-50.1(D)**

Jesse White
Illinois Secretary of State
Domestic Limited Liability

LC0475693

$250 Filing Fee
Must be typewritten

OFFICE USE ONLY

FILED

DEC 16 2004
LIMITED LIABILITY DIV. DIV.
JESSE WHITE
SECRETARY OF STATE

DEC 16 2004

**1.** Limited Liability Company name: Registered Agent, Registered Office, City, IL, ZIP Code

> SWPLAZA III, LLC
> R. LEE ALLEN
> 607 E ADAMS ST  STE 800
> SPRINGFIELD IL  62701

**2.** Address of the office at which the records required by Section 1-40 are to be kept is:

> 2144 S MACARTHUR BLVD
> *(Street Address)*
>
> SPRINGFIELD IL  62704
> *(City, State, Zip)*

**3.** Names and addresses of the managers:

| Name | Number & Street | City, State, Zip |
|------|-----------------|------------------|
| SWPLAZA III MANAGEMENT, LTD. | 2144 S MACARTHUR BLVD | SPRINGFIELD IL  62704 |

**4.** The managers, which are entities, affirm the evidence of existence on file with the Illinois Secretary of State is still intact.

**5.** Changes to the information of record, as stated, requires the filing of the enclosed Articles of Amendment.

**6.** I affirm, under penalties of perjury, having authority to sign thereto, that this annual report is to the best of my knowledge and belief, true, correct, and complete.

Payment may be made by business firm check payable to Secretary of State. (If check is returned for any reason this filing will be nullified.)

Return to:
> Department of Business Services
> Liability Limitation Division
> Limited Liability Company Section
> Room 351, Howlett Building
> Springfield, IL  62756

Dated  December  8TH , 2004
    *(Month/Day)*          *(Year)*

*(Signature)*

SWPlaza III Management, Ltd.          Manager
*(Type or print Name of Manager)*

by Its  OWNER
*(If applicant is a company or other entity, state name of company)*

004650

(Form LLANND - Rev. 11/25/2003)

L.L.C. File Number: 01091549

**Jesse White**
**Illinois Secretary of State**
**Domestic Limited Liability**
**Company**

Filing Deadline is Prior to: 01/01/2006

This report must be RECEIVED in the office of the Secretary of State prior to the anniversary date to avoid late filing penalties and eventual administrative dissolution of its organization.

LC0667065
must be typewritten

Form **LLC-50.1(D)**



FILED

DEC 2 8 2005

JESSE WHITE
SECRETARY OF STATE

OFFICE USE ONLY

1. Limited Liability Company name: Registered Agent, Registered Office, City, IL., ZIP Code

**PAID**

DEC 2 8 2005

SWPLAZA III, LLC
R. LEE ALLEN
607 E ADAMS ST  STE 800
SPRINGFIELD IL 62701

2. Address of the office at which the records required by Section 1-40 are to be kept is:

2144 S MACARTHUR BLVD
*(Street Address)*

SPRINGFIELD IL  62704
*(City, State, Zip)*

3 . Names and addresses of the managers:

SWPLAZA III MANAGEMENT, LTD.
2144 S MACARTHUR BLVD          SPRINGFIELD IL  62704

4. The managers, which are entities, affirm the evidence of existence on file with the Illinois Secretary of State is still intact.

5. Changes to the information of record in items 1 and 2 above requires the filing of Articles of Amendment.

6. I affirm, under penalties of perjury, having authority to sign thereto, that this annual report is to the best of my knowledge and belief, true, correct, and complete.

Payment may be made by business check payable to Secretary of State. (If check is returned for any reason this filing will be nullified.)

Dated __December 16__ , __2005__
                *(Month/Day)*              *(Year)*

Charles E. Robbins  Pres.        Manager
*(Type or print Name of Manager)*

SWPLAZA III Management, Ltd.
*(If applicant is a company or other entity, state name of company)*

Return to:
Department of Business Services
Liability Limitation Division
Limited Liability Company Section
Room 351, Howlett Building
Springfield, IL 62756

006030

*(Form LLANND - Rev. 12/09/2004)*

**STATE OF ILLINOIS**
Office of the Secretary of State
I hereby certify that this is a true and
correct copy, consisting of _four_
pages, as taken from the original on file in
this office.

*Jesse White*

**JESSE WHITE**
**SECRETARY OF STATE**

DATED: 08/29/2006
BY:

Form **BCA-2.10** | **ARTICLES OF INCORPORATION** | 6328-6117

(Rev. Jan. 2003)

Jesse White
Secretary of State
Department of Business Services
Springfield, IL 62756
http://www.cyberdriveillinois.com

Payment must be made by certi-
fied check, cashier's check, Illi-
nois attorney's check, Illinois
C.P.A's check or money order,
payable to "Secretary of State."

This space for use by Secretary of State

FILED **PAID**

JAN 1 3 2004     JAN 1 3 2004

JESSE WHITE
SECRETARY OF STATE

EXPEDITED
SECRETARY OF STATE

SUBMIT IN DUPLICATE!

This space for use by
Secretary of State

Date     1-13-04
Franchise Tax  $     25.00
Filing Fee       $     150.00
Approved:              175.00

1. CORPORATE NAME: SWPlaza III Management, Ltd.

CP0505422

(The corporate name must contain the word "corporation", "company," "incorporated," "limited" or an abbreviation thereof.)

2. Initial Registered Agent:     R. Lee Allen
   _First Name_ _Middle Initial_ _Last name_

   Initial Registered Office:     607 East Adams Street, Suite 800
   _Number_ _Street_ _Suite #_ _(A P.O. BOX ALONE IS NOT ACCEPTABLE)_

   Springfield          IL 62701          Sangamon
   _City_ _ZIP Code_ _County_

3. Purpose or purposes for which the corporation is organized:
   (If not sufficient space to cover this point, add one or more sheets of this size.)
   See attached.

4. Paragraph 1: Authorized Shares, Issued Shares and Consideration Received:

| Class | Number of Shares Authorized | Number of Shares Proposed to be Issued | Consideration to be Received Therefor |
|---|---|---|---|
| Common | 1,000 | 1,000 | $ 1,000.00 |
| | | | |
| | | TOTAL = $ | 1,000.00 |

Paragraph 2: The preferences, qualifications, limitations, restrictions and special or relative rights in respect of the shares of each class are:  n/a
(If not sufficient space to cover this point, add one or more sheets of this size.)

**EXHIBIT C**

5. *OPTIONAL:* (a) Number of directors constituting the initial board of directors of the corporation: _____2_____ .

         (b) Names and addresses of the persons who are to serve as directors until the first annual meeting of shareholders or until their successors are elected and qualify:

| Name | Address | City, State, ZIP |
|---|---|---|
| Charles E. Robbins, 2144 South MacArthur Boulevard, Springfield, IL 62704 | | |
| Arthur F. Seppi, 2144 South MacArthur Boulevard, Springfield, IL 62704 | | |

6. *OPTIONAL:* (a) It is estimated that the value of all property to be owned by the corporation for the following year wherever located will be: $ _____

         (b) It is estimated that the value of the property to be located within the State of Illinois during the following year will be: $ _____

         (c) It is estimated that the gross amount of business that will be transacted by the corporation during the following year will be: $ _____

         (d) It is estimated that the gross amount of business that will be transacted from places of business in the State of Illinois during the following year will be: $ _____

7. *OPTIONAL:*   *OTHER PROVISIONS*

Attach a separate sheet of this size for any other provision to be included in the Articles of Incorporation, e.g., authorizing preemptive rights, denying cumulative voting, regulating internal affairs, voting majority requirements, fixing a duration other than perpetual, etc.

8.

## NAME(S) & ADDRESS(ES) OF INCORPORATOR(S)

The undersigned incorporator(s) hereby declare(s), under penalties of perjury, that the statements made in the foregoing Articles of Incorporation are true.

Dated _____December_____ , __2003__
       *(Month & Day)*    *Year*

*Signature and Name*           **Address**

1. _____
  *Signature*
  Charles E. Robbins
  *(Type or Print Name)*

1. 2144 South MacArthur Blvd.
  *Street*
  Springfield, IL 62704
  *City/Town*    *State*    *ZIP Code*

2. _____
  *Signature*
  Arthur F. Seppi
  *(Type or Print Name)*

2. 2144 South MacArthur Blvd.
  *Street*
  Springfield, IL 62704
  *City/Town*    *State*    *ZIP Code*

3. _____
  *Signature*

  _____
  *(Type or Print Name)*

3. _____
  *Street*

  _____
  *City/Town*    *State*    *ZIP Code*

(Signatures must be in **BLACK INK** on original document. Carbon copy, photocopy or rubber stamp signatures may only be used on conformed copies.)

NOTE: If a corporation acts as incorporator, the name of the corporation and the state of incorporation shall be shown and the execution shall be by a duly authorized corporate officer.

## FEE SCHEDULE

- The initial franchise tax is assessed at the rate of 15/100 of 1 percent ($1.50 per $1,000) on the paid-in capital represented in this state, with a minimum of $25.
- The filing fee is $75.
- The **minimum total due** (franchise tax + filing fee) is **$100.**
  (Applies when the Consideration to be Received as set forth in Item 4 does not exceed $16,667)
- The Department of Business Services in Springfield will provide assistance in calculating the total fees if necessary.

Illinois Secretary of State     Springfield, IL 62756
Department of Business Services    Telephone (217) 782-6961

C-162.22

3.    **Purpose or purposes for which the corporation is organized:**

### ARTICLE: 1. PURPOSE.

The Corporation's business and purpose shall consist solely of the following:

(a)     To acquire a membership interest in and act as the Managing Member of **SWPlaza III, LLC**, an Illinois limited liability company (the "<u>Borrower</u>"), which is engaged solely in the ownership, operation and management of the real estate project known as Southwest Plaza III, located in Springfield, Sangamon County, Illinois (the "<u>Property</u>"), pursuant to and in accordance with these Articles of Incorporation and Borrower's Articles of Organization and Operating Agreement (the "<u>Borrower's Agreements</u>"); and

(b)     to engage in such other lawful activities permitted by the laws of the State of Illinois as are incidental, necessary or appropriate to the foregoing.

7.    **Optional: Other Provisions**

A.    **Certain Prohibited Activities.**  Notwithstanding any other provision of these Articles and any provision of law that otherwise so empowers the Corporation, the Corporation shall not, without the unanimous consent of its Directors, do any of the following:

(a)     engage in any business or activity other than those set forth in Article 3 or cause or allow the Borrower to engage in any business or activity other than as set forth in the Borrower Agreements;

(b)     incur any indebtedness or assume or guaranty any indebtedness of any Person, other than the Mortgage (as defined in the Borrower's Agreements) and indebtedness permitted therein and normal trade accounts payable in the ordinary course of business (subject to the limitations contained in the Mortgage);

(c)     cause the Borrower to incur any indebtedness or to assume or guaranty any indebtedness of any Person, other than the Mortgage and indebtedness permitted therein and normal trade accounts payable in the ordinary course of business (subject to the limitations contained in the Mortgage);

(d)     dissolve, wind-up or liquidate, in whole or in part;

(e)     cause or consent to the dissolution, winding-up or liquidation, in whole or in part, of the Borrower;

(f)     consolidate, combine or merge with or into any other Person or convey or transfer or lease its property and assets substantially as an entirety to any Person;

(g)    cause the Borrower to consolidate, combine or merge with or into any Person or to convey or transfer or lease its Property and assets substantially as an entirety to any Person;

(h)    with respect to the Corporation or the Borrower, institute proceedings to be adjudicated bankrupt or insolvent, or consent to the institution of bankruptcy or insolvency proceedings against the Corporation or the Borrower, or file a petition seeking or consenting to reorganization or relief under any applicable federal or state law relating to bankruptcy, or consent to the appointment of a receiver, liquidator, assignee, trustee, sequestrator (or other similar official) of the Corporation or the Borrower or a substantial part of the property of the Corporation or the Borrower, or make any assignment for the benefit of creditors, or admit in writing the Corporation's inability to pay its debts generally as they become due, or take corporate action in furtherance of any such action;

(i)    amend Articles 3 or 7 of these Articles of Incorporation of the Corporation or approve an amendment to Articles 3 or 7 of the Operating Agreement governing the Borrower; or

(j)    withdraw as the Managing Member of the Borrower.

So long as any obligations secured by the Mortgage remain outstanding and not paid in full, the Corporation shall have no authority to take, and shall not take, any action in items (a) through (g), (i) or (j) above without (1) the prior written consent of the holder of the Mortgage and, (2) after any Secondary Market Transaction (as defined in the Mortgage) and if requested by the holder of the Mortgage, confirmation from each of the Rating Agencies (as defined in the Mortgage) that such action will not result in the qualification, withdrawal or downgrade of any securities rating assigned in connection with the Mortgage.

**B.    Separateness Covenants.**  The Corporation shall:

(a)    maintain books and records and bank accounts separate from those of any other person;

(b)    maintain its assets in such a manner that it is not costly or difficult to segregate, identify or ascertain such assets;

(c)    hold regular meetings of the Directors to conduct the business of the Corporation, and observe all other corporate formalities;

(d)    hold itself out to creditors and the public as a legal entity separate and distinct from any other entity;

(e)    prepare separate tax returns and financial statements, or, if part of a consolidated group, be shown as a separate member of such group;

(f)     allocate and charge fairly and reasonably any common employee or overhead shared with affiliates;

(g)     transact all business with affiliates on an arm's-length basis and pursuant to enforceable agreements;

(h)     conduct business in its own name, and use separate stationery, invoices and checks;

(i)     not commingle its assets or funds with those of any other person;

(j)     not assume, guarantee or pay the debts or obligations of any other person

(k)     pay its own liabilities out of its own funds;

(l)     pay the salaries of its own employees and maintain a sufficient number of employees in light of its contemplated business operations;

(m)     not hold out its credit as being available to satisfy the obligations of others;

(n)     not acquire obligations or securities of its partners, members or shareholders;

(o)     not pledge its assets for the benefit of any other entity or make any loans or advances to any entity;

(p)     correct any known misunderstanding regarding its separate identity; and

(q)     maintain adequate capital in light of its contemplated business operations.

16092\1
19153-413

**STATE OF ILLINOIS**
OFFICE OF THE SECRETARY OF STATE
I hereby certify that this is a true and correct copy,
consisting of ___2___ pages, as taken from the
original on file in this office.

*Jesse White*
JESSE WHITE
SECRETARY OF STATE

DATE: *August 22.2006*

BY: *[signature]*

**EXPEDITED**
SECRETARY OF STATE

AUG 2 2 2006

EXP. FEES ___50.⁰⁰___

COPY FEES ___28.⁰⁰___

| 1) Corporate Name | 2) File Number | 3) State / Country | 4) Inc / Qual Date |
|---|---|---|---|
| SW PLAZA MANAGEMENT, LTD. | D 6328-611-7 | Illinois | 01/13/200- |

**5) President Name & Address**
Charles E. Robbins, 2144 South MacArthur Blvd., Springfield, IL 62704

**Secretary Name & Address**
Charles E. Robbins, 2144 South MacArthur Blvd., Springfield, IL 62704

**Officer / Director Name & Address**
Charles E. Robbins, 2144 South MacArthur Blvd., Springfield, IL 62704

**Officer / Director Name & Address**
2144 South MacArthur Blvd., Springfield, IL 62704

**Officer / Director Name & Address**

| 6) Share Information | Class | Series | Par Value | Number Authorized | Number Issued as of 10/31/20 |
|---|---|---|---|---|---|
| | COMMON | | .00000 | 1,000 | 1,000.000 |

**7) Registered Agent**    YEAR **2005**

R. LEE ALLEN
607 EAST ADAMS STREET STE 800
SPRINGFIELD IL 62701
Sangamon County

**7a) Principal Address of Corporation:**
2144 South MacArthur Blvd., Springfield, I

| Street | City | State | Zip Code |

**7b)** Under the penalty of perjury and as an authorized officer, I declare that this annual report, pur to the provisions of the Business Corporation Act, has been examined by me and is, to the be my knowledge and belief, true, correct and complete

Signature     Title     12-8-04 Date

ILLINOIS DOMESTIC / FOREIGN ANNUAL REPORT

**STATE OF ILLINOIS**
OFFICE OF THE SECRETARY OF STATE
I hereby certify that this is a true and correct copy,
consisting of _____1_____ pages, as taken from the
original on file in this office.

*Jesse White*
JESSE WHITE
SECRETARY OF STATE



DATE: *August 22, 2006*

BY: *Jena Ke*

**EXPEDITED**
SECRETARY OF STATE

**AUG 2 2 2006**

EXP. FEES _____50.00_____

COPY FEES _____25.00_____

ILLINOIS DOMESTIC / FOREIGN ANNUAL REPORT

| 1) Corporate Name | 2) File Number | 3) State / Country | 4) Inc / Qual Date |
|---|---|---|---|
| SWPLAZA III MANAGEMENT, LTD. | D 6328-611-7 | Illinois | 01/13/200 |

5) President Name & Address
Charles E. Robbins, 2144 So. MacArthur Blvd, Springfield, IL 62704

Secretary Name & Address
Arthur F. Seppi, 2144 So. MacArthur Blvd., Springfield, IL 62704

Officer / Director Name & Address
Charles E. Robbins, 2144 So. MacArthur Blvd., Springfield, IL 62704

Officer / Director Name & Address
Arthur F. Seppi, 2144 So. MacArthur Blvd., Springfield, IL 62704

Officer / Director Name & Address

| 6) Share Information | Class | Series | Par Value | Number Authorized | Number Issued as of | 10/31/2 |
|---|---|---|---|---|---|---|
| | COMMON | | .00000 | 1,000 | 1,000.000 | |

7) Registered Agent     YEAR   2006
R. LEE ALLEN
607 EAST ADAMS STREET STE 800
SPRINGFIELD IL 62701
Sangamon County

CP0994199

7a) Principal Address of Corporation:
2144 S. MacArthur Blvd, Springfield, IL 62

7b) Under the penalty of perjury and as an authorized officer, I declare that this annual report, submitted to the provisions of the Business Corporation Act, has been examined by me and is, to the my knowledge and belief, true, correct and complete.

**STATE OF ILLINOIS**
OFFICE OF THE SECRETARY OF STATE
I hereby certify that this is a true and correct copy,
consisting of _____/_____ pages, as taken from the
original on file in this office.

*Jesse White*
JESSE WHITE
SECRETARY OF STATE

DATE: *August 22-2006*

BY: _____

**EXPEDITED**
SECRETARY OF STATE

AUG 2 2 2006

EXP. FEES _____ 50. ℓ

COPY FEES _____ 25. ℓ



**1050 WEST HAMPDEN AVENUE, ENGLEWOOD, COLORADO 80110**
**303·200·5050 · FAX 720·475·2967**

**SENT VIA FEDERAL EXPRESS**

May 3, 2006

Arthur Seppi
2144 South MacArthur Boulevard
Springfield, Illinois 62704

Charles E. Robbins, Realtor
2144 South MacArthur Boulevard
Springfield, Illinois 62704
Attention: Property Management

R. Lee Allen, Attorney
Sorling, Northrup, Hanna, Cullen & Cochran
620 East Adams Street, # 800
Springfield, Illinois 62705-5131

Re: Notice of Termination                                    **EXHIBIT D**

Dear Mr. Seppi, Mr. Robbins, and Mr. Allen:

Reference is made to the Lease (the "Lease"), dated April 2, 2001, between TSA Stores, Inc., as successor to Gart Bros. Sporting Goods Company ("TSA"), and Illinois National Bank, Trustee ("Landlord").

Attached hereto is analysis which I prepared and which shows the current estimated total replacement cost of the Premises and the estimated costs to repair the damage to the Premises caused by the recent tornadoes. To determine the current estimated total replacement cost, I used the actual bid of the original contractor for the initial construction of the Premises in 2001, with increases for estimated change orders and inflation. To develop the budget for repair and reconstruction of the damage to the Premises caused by the tornadoes, I utilized the services of Jeff Wolford, a general contractor who has extensive experience in the Illinois and bid on the initial TI work for TSA in 2001. As demonstrated by the attached materials, the cost to repair the damage caused by the tornadoes significantly exceeds the 35% threshold set forth in Paragraph

  SPORMART OSHMAN'S

15(b) of the Lease and therefore TSA is entitled to exercise its right to terminate the Lease.

Accordingly, this letter constitutes TSA's notice to Landlord that TSA has elected to terminate the Lease in accordance with Paragraph 15(b) of the Lease, said termination to be effective May 9, 2006.

Please call me if you have any questions.

Sincerely,

David Frieder
Vice President - Construction

cc: Nesa Hassanein
    Paul Gaudet
    Chris Day
    Cynthia J Cashman
    Missy Mayne
    Jay Stasz
    Russell Johnston



# SORLING
## NORTHRUP HANNA
### CULLEN & COCHRAN, LTD.
#### ATTORNEYS AT LAW

REPLY TO:

Suite 800 Illinois Building
607 East Adams Street
P.O. Box 5131
Springfield, IL 62705

P: 217-544-1144
F: 217-522-3173

Suite 301
401 S.W. Water Street
Peoria, IL 61602

P: 309-674-1144
F: 309-671-4368

www.sorlinglaw.com

R. Lee Allen
Attorney at Law
rallen@sorlinglaw.com

R. Gerald Barris
Stephen A. Tagge
Michael A. Myers
C. Clark Germann
Gary A. Brown
Frederick B. Hoffmann
William R. Enlow
Michael C. Connelly
John A. Kauerauf
James M. Morphew
Stephen J. Bochneck
David A. Rolf
Peggy J. Ryan
Mark K. Cullen
Thomas H. Wilson
Todd M. Turner
R. Lee Allen
Charles J. Northrup
James D. Broadway
E. Zachary Dinardo

Elizabeth A. Urbance
James G. Fahey
Michael G. Horsman Jr.
Jennifer M. Ascher
Lisa A. Petrilli
Emily B. Fatheuer
Brian D. Jones

Of Counsel:
Patrick V. Reilly
William S. Hanley
William B. Bates
Mark H. Ferguson

Retired:
Charles H. Northrup
Philip S. Hanna

Sorling, Catron and Hardin
1944-1975

May 5, 2006

<u>*Via Fax:*</u> *720-475-2967*
David Frieder
Vice President-Construction
Sports Authority
1050 West Hampden Avenue
Englewood, CO 80110

Re:    **Sports Authority Notice of Termination Dated May 3, 2006**

Dear Mr. Frieder:

As attorney for Mr. Robbins and Mr. Seppi, I have been asked to respond to your letter dated May 3, 2006. In that letter you have claimed that Gart Bros. Sporting Goods Company ("TSA") has a right to terminate the lease pursuant to paragraph 15(b) of the lease dated April 2, 2001 between TSA Stores, Inc. and Illinois National Bank, Trustee. You have based that determination using an estimated total replacement cost based on the original contract price increased for estimated change orders and inflation and a budget for repair and construction of the damage to the Premises. The budget is based upon an estimate from a contractor who is located in the Chicago area and, while was one of the contractors selected by your company to originally bid on the project, was not awarded the original contract.

I would like to say that your letter came as a surprise, particularly since we addressed this issue with you in an earlier letter several weeks ago. However, over the last two weeks the Landlord has heard rumors from your local store personnel, who have since been fired, that you were not reopening the store. We understand that you have a strong desire not to reopen the store due primarily as we understand it to the poor performance of the store in the Springfield market since the opening of Dick's Sporting Goods. While we recognize that you may prefer not to reopen the store, we disagree that you have a right to terminate the lease based on the tornado damage or "go dark".

First of all, your decision to calculate the 35% based upon an estimated cost of repair and reconstruction of the damage is not appropriate given

**EXHIBIT E**

SORLING, NORTHRUP, HANNA, CULLEN & COCHRAN, LTD.
MAY 5, 2006
PAGE 2

the fact that we have informed you all along that the estimates for the work are below the 35% threshold. Instead of asking to review our local contractor's estimate, you have hired a contractor in the Chicago area, over 200 miles away from Springfield in a major metropolitan area to prepare a "Budget Estimate" as the basis for your claim of a right of termination. Your contractor, Jeff Wolford's "Budget Estimate" includes expenses that simply are not to be included in the calculation of the repair and reconstruction cost. For instance, $319,428 payable to Cotton USA was for work hired by Sports Authority to remove tenant trade fixtures, equipment and inventory, a cost that is not a part of the repair and reconstruction cost for the Premises, as defined in the Lease. Moreover, some of the expenses that your contractor has posted in the budget estimate are much too high according to our local contractor who is completing the reconstruction.

The Landlord has kept you informed of the status of the repair to the building. The property will be available to turn over to you by the end of this month if not sooner. As a result of such progress, we have actual costs for the repair and reconstruction of the Premises, which as a percentage of the current reconstruction costs of the Premises (even using your estimates of such current reconstruction costs for the Premises) will not exceed the 35% threshold.

We will be providing you with documentation from our contractor setting forth the actual costs incurred in the reconstruction as well as an accurate date for delivery of the premises to you. We disagree that you have a right to terminate the lease or "go dark" and we intend to challenge your wrongful termination. To that end, we will not agree to change the utilities for the property, as has been requested by one of your staff. Moreover, we will be proceeding with delivery of the premises to you, well within the time frames allowed for us to have repaired the premises.

Please contact the undersigned if you have any questions.

Sincerely,

R. Lee Allen

RLA/lp

cc:    Charles E. Robbins
       Arthur F. Seppi