E-FILED
Tuesday, 03 October, 2006  03:06:58 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SWPLAZA III, LLC, an Illinois limited liability company, as successor to Illinois National Bank, as Trustee under Trust Agreement dated November 6, 2000 and known as Trust No. 00-0020, an Illinois banking institution,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>TSA STORES, INC., as successor to Gart Brothers Sporting Goods Company, a Delaware corporation,<br><br>Defendant/Counter-Plaintiff. | Case No.: 06-CV-3177 |

## ANSWER TO COUNTERCLAIM

NOW COMES Plaintiff/Counter-Defendant, SWPLAZA III, LLC, an Illinois limited liability company, as successor to Illinois National Bank, as Trustee under Trust Agreement dated November 6, 2000 and known as Trust No. 00-0020, an Illinois banking institution, by and through its attorneys, Sorling, Northrup, Hanna, Cullen & Cochran, Ltd., David A. Rolf, of Counsel, and for its Answer to the Counterclaim filed herein states as follows:

### Nature of Action

1.  SWPLAZA makes no response to Paragraph 1 as the Complaint speaks for itself in terms of the nature of the action.

### Jurisdiction and Venue

2.  SWPLAZA admits the allegations contained in Paragraph 2 of Defendant/Counter-Plaintiff's Counterclaim

{S0519655.2  9/26/2006 DAR MAH}

3. SWPLAZA admits the allegations contained in Paragraph 3 of Defendant/Counter-Plaintiff's Counterclaim.

4. SWPLAZA admits the allegations contained in Paragraph 4 of Defendant/Counter-Plaintiff's Counterclaim.

5. SWPLAZA admits the allegations contained in Paragraph 5 of Defendant/Counter-Plaintiff's Counterclaim.

6. SWPLAZA admits the allegations contained in Paragraph 6 of Defendant/Counter-Plaintiff's Counterclaim.

7. SWPLAZA admits the allegations contained in Paragraph 7 of Defendant/Counter-Plaintiff's Counterclaim.

**Parties**

8. SWPLAZA admits the allegations contained in Paragraph 8 of Defendant/Counter-Plaintiff's Counterclaim.

9. SWPLAZA admits the allegations contained in Paragraph 9 of Defendant/Counter-Plaintiff's Counterclaim.

**Lease**

10. SWPLAZA admits the allegations contained in Paragraph 10 of Defendant/Counter-Plaintiff's Counterclaim.

11. SWPLAZA admits the allegations contained in Paragraph 11 of Defendant/Counter-Plaintiff's Counterclaim.

12. SWPLAZA admits that the Lease provides in part as set forth in Paragraph 12 of Defendant/Counter-Plaintiff's Counterclaim.

13. SWPLAZA admits that the Lease provides in part as set forth in Paragraph 13 of Defendant/Counter-Plaintiff's Counterclaim.

### Damage to the Shopping Center

14. SWPLAZA admits the allegations contained in Paragraph 14 of Defendant/Counter-Plaintiff's Counterclaim.

15. SWPLAZA denies the allegations contained in Paragraph 15 of Defendant/Counter-Plaintiff's Counterclaim.

### TSA's Termination of the Lease

16. SWPLAZA admits the allegations contained in Paragraph 16 of Defendant/Counter-Plaintiff's Counterclaim.

### Count I
### Declaratory Judgment

17. SWPLAZA incorporates its answer to Paragraphs 1 through 16 as and for its answer to Paragraph 17 of Count I of Defendant/Counter-Plaintiff's Counterclaim.

18. SWPLAZA admits the allegations contained in Paragraph 18 of Count I of Defendant/Counter-Plaintiff's Counterclaim.

19. SWPLAZA admits the allegations contained in Paragraph 19 of Count I of Defendant/Counter-Plaintiff's Counterclaim.

WHEREFORE, Plaintiff/Counter-Defendant, SWPLAZA III, LLC, an Illinois limited liability company, as successor to Illinois National Bank, as Trustee under Trust Agreement dated November 6, 2000 and known as Trust No. 00-0020, an Illinois banking institution, prays that Count I of the Counterclaim be dismissed in its entirety and that SWPLAZA III, LLC be granted the relief requested for in its Complaint filed herein, together with its costs and attorney's fees.

## Count II
## Damages for Overpaid Rent

20. SWPLAZA incorporates by reference its Answer to Paragraphs 1 through 16 as and for its Answer to Paragraph 20 of Count II of Defendant/Counter-Plaintiff's Counterclaim.

21. SWPLAZA admits that the Lease provides in part as set forth therein in Paragraph 21 of Count II of Defendant/Counter-Plaintiff's Counterclaim.

22. SWPLAZA admits the allegations contained in Paragraph 22 of Count II of Defendant/Counter-Plaintiff's Counterclaim.

23. SWPLAZA admits the allegations contained in Paragraph 23 of Count II of Defendant/Counter-Plaintiff's Counterclaim.

24. SWPLAZA admits the allegations contained in Paragraph 24 of Count II of Defendant/Counter-Plaintiff's Counterclaim.

25. SWPLAZA denies the allegations contained in Paragraph 25 of Count II of Defendant/Counter-Plaintiff's Counterclaim.

26. SWPLAZA admits the allegations contained in Paragraph 26 of Count II of Defendant/Counter-Plaintiff's Counterclaim.

27. SWPLAZA denies the allegations contained in Paragraph 27 of Count II of Defendant/Counter-Plaintiff's Counterclaim.

## AFFIRMATIVE DEFENSE

As and for its Affirmative Defense to Count II of the Counterclaim herein, SWPLAZA III, LLC states that it is entitled to set off any amounts proven to be due and owing to SWPLAZA III for and against the rents accruing and being left unpaid by Defendant/Counter-Plaintiff since the premises has been ready for occupancy pursuant to the terms of the Lease.

WHEREFORE, Plaintiff/Counter-Defendant, SWPLAZA III, LLC, an Illinois limited liability company, as successor to Illinois National Bank, as Trustee under Trust Agreement dated November 6, 2000 and known as Trust No. 00-0020, an Illinois banking institution, prays that Count II of Defendant/Counter-Plaintiff's Counterclaim be dismissed in its entirety, and that Plaintiff/Counter-Defendant be awarded its costs and attorney's fees in defending said action.

    SWPLAZA III, L.L.C., an Illinois limited liability company, as successor to Illinois National Bank, as Trustee under Trust Agreement dated November 6, 2000 and known as Trust No. 00-0020, Plaintiff/Counter-Defendant,


By: _____/s/ David A. Rolf_____
    David A. Rolf, Bar # 6196030
    Attorney for Plaintiff/Counter-Defendant
    Sorling, Northrup, Hanna,
    Cullen & Cochran, Ltd.
    Suite 800, Illinois Building
    Post Office Box 5131
    Springfield, IL 62705
    Telephone: (217)544-1144
    Facsimile: (217)522-3173

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served by electronic service through the Court's ECF System to the following:

Mr. J. William Roberts
Mr. Charles R. Schmadeke
Hinshaw & Culbertson LLP
400 South 9th Street, Suite 200
Springfield, IL 62701

on the 3rd day of October, 2006.

/s/ David A. Rolf
David A. Rolf, Bar # 6196030
Attorney for Plaintiff/Counter-Defendant
Sorling, Northrup, Hanna,
Cullen & Cochran, Ltd.
Suite 800. Illinois Building
Post Office Box 5131
Springfield, IL 62705
Telephone: (217)544-1144
Fax: (217)522-3173
E-Mail: darolf@sorlinglaw.com