E-FILED
Wednesday, 04 October, 2006  04:03:15 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SWPLAZA III, LLC, an Illinois limited liability company, as successor to Illinois National Bank, as Trustee under Trust Agreement dated November 6, 2000 and known as Trust No. 00-0020, an Illinois banking institution, <br><br> Plaintiff, <br><br> v. <br><br> TSA STORES, INC., as successor to Gart Brothers Sporting Goods Company, a Delaware corporation, <br><br> Defendant. | Case No.: 06-CV-3177 |

## JOINT RULE 26(f) REPORT

NOW COMES Plaintiff, SWPLAZA III, LLC, an Illinois limited liability company, as successor to Illinois National Bank, as Trustee under Trust Agreement dated November 6, 2000 and known as Trust No. 00-0020, by and through its attorneys, David A. Rolf and R. Lee Allen of Sorling, Northrup, Hanna, Cullen & Cochran, Ltd., and Defendant, TSA STORES, INC., a Delaware corporation, as successor to Gart Brothers Sporting Goods Company, by and through its attorneys, J. William Roberts and Charles R. Schmadeke of Hinshaw & Culbertson LLP, and pursuant to Federal Rule of Civil Procedure 26(f) submit this Rule 26(f) Report:

### Introduction of Nature of Claim

The Plaintiff in this case is SWPLAZA III, LLC, an Illinois limited liability company, and the owner of real estate in Springfield, Sangamon County, Illinois. The Defendant is TSA Stores, Inc., a Delaware corporation, operating numerous sports retail outlets throughout the country.

{S0519941.2  9/28/2006 DAR MAH}

This claim arises out of lease agreement entered into between SWPLAZA III, LLC and TSA Stores, Inc. on or about April 2, 2001. The lease agreement contained provisions governing the rights of the parties in the event the premises that was being leased was damaged by casualty. On March 12, 2006, a tornado event occurred in Springfield, Illinois, damaging the premises.

TSA Stores, Inc. took the position following that event that it was entitled to terminate the lease pursuant to Paragraph 15.B., claiming that the cost of reconstruction and repair of the premises was 35% or more of the then total reconstruction cost of the property subject to the lease. SWPLAZA maintained that the 35% threshold was not reached and that therefore TSA Stores, Inc. wrongfully terminated the lease. SWPLAZA III, LLC proceeded with and timely completed repairs to the premises. It contends TSA Stores, Inc. is still responsible for on-going rental payments until such time as SWPLAZA is able to secure a replacement tenant.

SWPLAZA filed suit against TSA Stores, Inc. on July 12, 2006, which Complaint seeks declaratory judgment, declaring that a lease in still in effect and TSA Stores, Inc. has no right to terminate the lease pursuant to the provisions of Paragraph 15.B., and, further seeking to recover rent for the period of time which the space remains vacant.

TSA Stores, Inc., has answered the Complaint denying SWPLAZA's right to any relief and furthermore, has filed a counterclaim seeking a declaration that TSA Stores, Inc. properly and lawfully terminated the lease and further seeking recovery for amounts for rent and utilities paid by TSA Stores, Inc., to or on behalf of Plaintiff after the lawful termination of the lease. SWPLAZA denies TSA lawfully terminated the lease, and that any amounts are do and owing to TSA.

1. <u>Scope of Report.</u> The parties convened a Rule 26(f) meeting on September 25 and 26, 2006, to discuss the issues raised by the Complaint. On October 10, 2006, a conference call was held by the Court and Magistrate Judge Evans. The agreements reached by the parties and deadlines set by the Court are set forth herein.

2. <u>Rule 26(f) Meeting.</u> Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held on September 25 and 26, 2006 with the following persons participating:

{S0519941.2  9/28/2006 DAR MAH}                                2

      a.     David A. Rolf, Sorling, Northrup, Hanna, Cullen and Cochran, Ltd. for Plaintiff.

      b.     Charles R. Schmadeke, Hinshaw & Culbertson LLP for Defendant.

3.     No motions to join other parties shall be filed.

4.     No motions to amend the pleadings shall be filed after December 15, 2006.

5.     <u>Pre-Discovery Disclosures.</u>  By agreement, Rule 26(a)(1) disclosures will be made by the parties on or before November 10, 2006.

6.     <u>Discovery Plan.</u>  The parties jointly proposed discovery plan and Court deadlines are as follows:

      a.     <u>Subjects of Discovery.</u>  The Plaintiff anticipates that discovery will be needed on the following subjects:

          1)     Basis for Defendant's cost estimates with respect to repair and reconstruction of the property subject to the lease.

          2)     Profitability of TSA Stores, Inc. at the Springfield location.

      b.     Defendant anticipates that discovery will be needed on the following subject:

          1)     Basis for Plaintiff's cost estimates with respect to repair and reconstruction of the property subject to the lease.

          2)     Costs of actual reconstruction and repair of the property subject to the lease.

          3)     Scope and nature of the actual repair and reconstruction of the property subject to the lease.

          4)     All damages and claims for relief sought by Plaintiff.

      c.     <u>Completion of Non-Expert Discovery.</u>  Non-expert discovery will be completed by March 1, 2007.

      d.     <u>Interrogatories.</u>  Maximum of 25 interrogatories by each party to any other party, unless otherwise agreed by the parties or allowed by order of the

    Court to be served by a date that allows the served party the full 30 days provided by the Federal Rule of Civil Procedure in which to comply before January 2, 2007.

  e. <u>Requests to Produce Documents.</u>  Request to Produce Documents to be served by a date that allows the served party the full 30 days provided by the Federal Rules of Civil Procedure in which to comply before January 2, 2007.

  f. <u>Experts' Reports.</u> Deadlines for expert disclosures is as follows:
April 2, 2007 for SWPLAZA to identify experts and provide Rule 26 expert reports; May 1, 2007 for TSA Stores, Inc. to identify experts and provide Rule 26 expert reports; June 1, 2007 to complete all expert discovery.

7. <u>Other Items.</u>

  a. <u>Dispositive Motions.</u>  Shall be filed by July 2, 2007.

  b. <u>Pre-Trial Conference.</u>  Is set for _____ at ____ a.m./p.m. All Motions in Limine shall be filed on or before _____.

  c. <u>Settlements.</u>  Settlement was discussed.  At this time, the parties wish to pursue this cause in accordance with this Rule 26(f) Report.

  d. <u>Pre-Trial Disclosures.</u> The deadlines for the pre-trial disclosures will be in accord with Rule 26(a)(3).

  e. <u>Trial.</u> Trial date is set for _____ at _____.

8. <u>Non-Waiver.</u> The parties do not waive any rights or arguments as to the issues raised or to be raised by the pleadings, or to specific disclosure or discover objections made or to be made, on account of the information and proposal presented herein.

Respectfully submitted,

	/s/ David A. Rolf
	David A. Rolf, Bar # 6196030
	R. Lee Allen, Bar #6224373
	Attorneys for Plaintiff
	Sorling, Northrup, Hanna,
	Cullen & Cochran, Ltd.
	Suite 800, Illinois Building
	Post Office Box 5131
	Springfield, IL 62705
	Telephone: (217)544-1144
	Facsimile: (217)522-3173
	E-Mail: darolf@sorlinglaw.com
	E-Mail: rlallen@sorlinglaw.com

Respectfully submitted,

	/s/ Charles R. Schmadeke
	J. William Roberts, Bar #2351714
	Charles R. Schmadeke, Bar #2489813
	Attorneys for Defendant
	Hinshaw & Culbertson LLP
	400 South 9th Street, Suite 200
	Springfield, IL 62701
	Telephone: (217)528-7375
	Facsimile: (217)528-0075
	E-Mail: broberts@hinshawlaw.com
	E-Mail: cschmadeke@hinshawlaw.com

{S0519941.2 9/28/2006 DAR MAH}    5

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that a copy of the foregoing document was served by electronic service through the Court's ECF System to the following:

Mr. J. William Roberts
Mr. Charles R. Schmadeke
Hinshaw & Culbertson LLP
400 South 9th Street, Suite 200
Springfield, IL 62701

on the 4th day of October, 2006.

                                         /s/ David A. Rolf
                                         David A. Rolf, Bar # 6196030
                                         R. Lee Allen, Bar #6224373
                                         Attorneys for Plaintiff
                                         Sorling, Northrup, Hanna,
                                         Cullen & Cochran, Ltd.
                                         Suite 800, Illinois Building
                                         Post Office Box 5131
                                         Springfield, IL 62705
                                         Telephone: (217)544-1144
                                         Fax: (217)522-3173
                                         E-Mail: darolf@sorlinglaw.com
                                         E-Mail: rlallen@sorlinglaw.com