IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS -- SPRINGFIELD DIVISION

| | | |
|---|---|---|
| SWPLAZA III LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 06-3177 |
| | ) | |
| TSA STORES INC., | ) | |
| | ) | |
| Defendant. | ) | |

SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure a scheduling conference was held on October 10, 2006, with Attorneys David A. Rolf and Charles R. Schmadeke.

TIME LIMITS AND SETTINGS ARE ORDERED AS FOLLOWS:

1. No motions to join other parties to be filed.
   No motions to amend the pleadings to be filed after December 15, 2006.

2. March 1, 2007, to complete all fact discovery.
   Any written discovery served subsequent to the date of this Order to be served by a date that allows the served party the full 30 days provided by the Federal Rules of Civil Procedure in which to comply before March 1, 2007.

3. July 2, 2007, to file dispositive motions.
   No dispositive motions filed after July 2, 2007, will be considered by the Court.

4. November 5, 2007, at 10:30 a.m. for a Final Pre-trial Conference. All Motions in Limine to be filed per Local Rule 16.1 (E) (8).

5. November 6, 2007, at 9:00 a.m. for trial on the trailing trial calendar.

1

6.   <u>April 2, 2007</u>, for plaintiff to identify testifying experts and provide Rule 26 reports.

<u>May 1, 2007</u>, for defendant to identify testifying experts and provide Rule 26 reports.

<u>June 1, 2007</u>, to complete all expert discovery.
(NOTE: This includes treating physicians and all other witnesses, medical and non-medical.)

NOTE:   A CONTINUANCE OF THE TRIAL DATE AND/OR FINAL PRE-TRIAL DATE, DOES <u>NOT</u> ALTER OR EXTEND ANY OF THE OTHER ABOVE DATES.

ANY CONFLICTS BETWEEN THE SCHEDULING ORDER AND THE PROPOSED DISCOVERY PLAN SHALL BE CONTROLLED BY THE SCHEDULING ORDER.

ENTERED:   October 10, 2006.

COPIES SENT TO:   All attorneys of record.

        s/Charles H. Evans
        CHARLES H. EVANS
     United States Magistrate Judge