UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SWPLAZA III, LLC, an Illinois limited liability company, as successor to Illinois National Bank, as Trustee under Trust Agreement dated November 6, 2000 and known as Trust No. 00-0020, an Illinois banking institution, <br><br>    Plaintiff/Counter-Defendant, <br><br>vs. <br><br>TSA STORES, INC., as successor to Gart Brothers Sporting Goods Company, a Delaware corporation, <br><br>    Defendant/Counter-Plaintiff. | Case No.  06-CV-3177 |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Fed.R.Civ.P. 6(b) and CDIL-LR 6.1, Defendant/Counter-Plaintiff TSA Stores, Inc. ("TSA" or "Defendant"), by its attorneys, Hinshaw & Culbertson LLP, moves that the time within which Defendant to identify testifying experts and provide Rule 26 reports in this cause be enlarged from May 1, 2007 to June 1, 2007, and, therefore, enlarge the dates for the completion of expert discovery and the filing of dispositive motions as set forth herein.  In support of this motion, Defendant respectfully states that good cause for this enlargement exists as follows:

    1.    On October 10, 2006, this Court made a minute entry and entered a Schedule Order which set, *inter alia,* the following dates:

    a)    May 1, 2007, for Defendant to identify testifying experts and provide Rule 26 reports;

    b)    June 1, 2007, to complete expert discovery; and

    c)    July 2, 2007, to file dispositive motions.

2. Defendant has previously retained Jeff Wolford of Wolford Builders, Inc., 102 South Wheeling Road, Prospect Heights, Illinois 60070, (847)394-4509, as an expert to testify with respect to key issues in this case, including the total reconstruction costs of the property subject to this action and the repair and reconstruction costs of that property as a result of the damage sustained thereto by the March 12, 2006, tornadoes.

3. Mr. Wolford has previously prepared estimates of the foregoing shortly after March 12, 2006.

4. Mr. Wolford's identity and some of his work have been provided Plaintiff pursuant to Fed.R.Civ.P. 26(a)(1) and in response to written discovery propounded by Plaintiff.

5. Defendant requires Mr. Wolford's expert testimony in order to prepare and present its defense of this matter.

6. On April 12, 2007, Mr. Wolford underwent abdominal surgery. At that time, it was anticipated that Mr. Wolford's surgery would not impede his ability to prepare his Rule 26 report in accordance with the Scheduling Order entered October 10, 2006.

7. Subsequent to the surgery, Mr. Wolford suffered complications arising from the surgery, which have significantly delayed his recovery.

8. Due to the surgery, complications, and delayed recovery, Mr. Wolford has not been able to prepare his Rule 26 report, and will not be able to do so until June 1, 2007.

9. Mr. Wolford's affidavit, together with a certificate from his treating physician, is attached hereto as Exhibit A.

10. This motion is filed before the original deadline for Defendant's expert report as set forth above.

11. Defendant has filed this motion within three days after discovering that Mr. Wolford's health has prevented him from completing his report until June 1, 2007.

12.  On April 26, 2007, counsel for Defendant discussed this request with Plaintiff's counsel, David Rolf, to ascertain his position on this motion.  Mr. Rolf advised that he has no objection to this motion.

WHEREFORE, Defendant prays that this Court enter an Order enlarging and altering the time for Defendant to disclose its testifying expert and provide his Rule 26 Report until June 1, 2007, the time to complete expert discovery until July 2, 2007, and the time to file dispositive motions to August 1, 2007.

.                    Respectfully submitted,

TSA STORES, INC., as successor to Gart Bros. Sporting Goods Company, a Delaware corporation, Defendant,

BY: s/ Charles R. Schmadeke

J. William Roberts, No. 2351714
Charles R. Schmadeke, No. 2489813
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL 62701
Phone: 217-528-7375
Fax: 217-528-0075
E-mail: broberts@hinshawlaw.com
E-mail: cschmadeke@hinshawlaw.com
Attorneys for TSA Stores, Inc.

3

## CERTIFICATE OF SERVICE

  I hereby certify that on April 27, 2007, I electronically filed the MOTION FOR ENLARGEMENT OF TIME with the Clerk of Court using the CM/ECF system that will send notification of such filing to the following:

David A. Rolf
Sorling Northrup Hanna Cullen & Cochran, LTD
Illinois Building
607 E. Adams Street, Suite 800
Springfield, IL 62701
Email: darolf@sorlinglaw.com

               s/ Charles R. Schmadeke

               J. William Roberts, No. 2351714
               Charles R. Schmadeke, No. 2489813
               Hinshaw & Culbertson LLP
               400 S. 9th St., Suite 200
               Springfield, IL 62701
               Phone: 217-528-7375
               Fax: 217-528-0075
               E-mail: broberts@hinshawlaw.com
               E-mail: cschmadeke@hinshawlaw.com
               Attorneys for TSA Stores, Inc.

60160024v1 868372

E-FILED
Friday, 27 April, 2007 01:10:24 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| SWPLAZA III, LLC, an Illinois limited liability company, as successor to Illinois National Bank, as Trustee under Trust Agreement dated November 6, 2000 and known as Trust No. 00-0020, an Illinois banking institution, | ) ) ) ) ) ) ) ) | |
| Plaintiff/Counter-Defendant, | ) ) | Case No. 06-CV-3177 |
| vs. | ) ) | |
| TSA STORES, INC., as successor to Gart Brothers Sporting Goods Company, a Delaware corporation, | ) ) ) ) ) | |
| Defendant/Counter-Plaintiff. | ) | |

## AFFIDAVIT

STATE OF ILLINOIS     )
                     ) SS
COUNTY OF COOK       )

Jeffrey Wolford declares, verifies, and states:

1. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, could competently testify thereto.

2. I am Secretary of Wolford Builders, Inc., 102 South Wheeling Road, Prospect Heights, Illinois 60070.

3. I have been retained by TSA Stores, Inc., to provide expert testimony with respect to issues in the above-captioned lawsuit, including the total reconstruction costs of the Premises subject to this action as of March 1, 2006, and repair and reconstruction costs of that property as a result of the damage sustained thereto by the March 12, 2006, tornadoes.

60160025v1 868372

4. On  4/12/07 , I underwent abdominal surgery. At that time, it was not anticipated that the surgery and recovery would prevent me from completing my report for this matter by May 1, 2007.

5. Complications from the surgery arose, however, which has significantly delayed my recovery. A report from my physician is attached hereto.

6. Due to the surgery, the complications, and the slow recovery, I am unable to complete my report until June 1, 2007.

Pursuant to 28 U.S.C. §1746,1 I declare, certify, verify, and state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: 4/26/07

Jeffrey Wolford

60160025v1 868372

**SUBURBAN SURGICAL CARE SPECIALISTS, s.c.**

*Providing Advanced Surgical Care to Northwest Illinois for Over 40 Years*

April 26, 2007

To: Whom It May Concern:
Fax: 847-394-4506

Re: Jeffery Wolford

Patient Jeffery Wolford had surgery April 12, 2007 at Alexian Brothers Medical Center. He will be seen in the office post operatively, and his return to work date will be approximately 6 weeks from surgery date.

If there are any questions please call 847-255-9697.

Sincerely,

Paul Guske, M.D.
PG /dak

1614 W. Central Road • Suite 105 • Arlington Heights, IL 60005 • Phone (847) 255-9697 • Fax (847) 255-9735
810 W. Biesterfield Road • Suite 101 • Elk Grove Village, IL 60007 • Phone (847) 290-9200 • Fax (847) 290-9211

www.suburbansurgicalcare.com