UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| SWPLAZA III, LLC, an Illinois limited liability company, as successor to Illinois National Bank, as Trustee under Trust Agreement dated November 6, 2000 and known as Trust No. 00-0020, an Illinois banking institution, | ) ) ) ) ) ) ) | |
| Plaintiff/Counter-Defendant, | ) ) | Case No. 06-CV-3177 |
| vs. | ) ) ) | |
| TSA STORES, INC., as successor to Gart Brothers Sporting Goods Company, a Delaware corporation, | ) ) ) ) | |
| Defendant/Counter-Plaintiff. | ) | |

**AGREED MOTION TO REFER MATTER TO MEDIATION
AND TO STAY PROCEEDINGS PENDING MEDIATION**

Pursuant to CDIL-LR 16.4, Defendant TSA Stores, Inc., by its attorneys, Hinshaw & Culbertson LLP, and with the agreement and concurrence of Plaintiff, SWPLAZA III, LLC, by its attorney, David A. Rolf of Sorling, Northrup, Hanna, Cullen & Cochran, Ltd., moves that this matter be referred to mediation and that all proceedings in this matter be stayed pending the completion of mediation. In support hereof, Defendant states as follows:

1. This matter is a civil case arising out of a lease agreement between the parties. The lease agreement contained provisions governing the rights of the parties in the event that the premises subject to the lease agreement were damaged by casualty. Plaintiff maintains that Defendant wrongfully terminated the lease agreement after the premises were damaged by

60162424v1 868372

casualty, and Defendant maintains that it terminated the lease agreement legally and in accordance with its provisions.

2. The parties have engaged in discussions regarding settlement but have not reached an agreement on settlement.

3. The parties agree that mediation may assist in overcoming obstacles to settlement and agree to engage in mediation in good faith.

4. The parties further agree that further proceedings in this matter should standstill and be stayed pending the implementation and completion of mediation.

5. By email correspondence dated June 26, 2007, counsel for Plaintiff authorized counsel for Defendant to inform the Court that Plaintiff agrees to submit this matter to mediation and to stay proceedings pending mediation.

6. A scheduling order was entered in this matter on October 10, 2006, and modified by text order entered April 30, 2007. The final pretrial and trial have been scheduled for November 2007. Expert discovery is presently scheduled to be completed by July 2, 2007, and dispositive motions are presently due August 1, 2007.

7. The parties have disclosed their respective experts in accordance with Fed. R. Civ. P. 26(a), but, as of yet, no expert has been deposed.

8. If referred by the Court, the parties agree that Magistrate Judge Byron G. Cudmore is acceptable and appropriate to serve as mediator.

9. Magistrate Judge Cudmore has been contacted, and if this motion is granted and this matter is referred to him for mediation, he has indicated his willingness to serve as mediator.

WHEREFORE, with Plaintiff's consent and approval, Defendant moves the Court for an Order referring this matter to mediation before Magistrate Judge Byron G. Cudmore and to staying further proceedings in this matter pending the completion of mediation.

Respectfully submitted,

/s/ Charles R. Schmadeke
Bar No. 2489813
E-mail:cschmadeke@hinshawlaw.com
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL 62701
Phone: 217-528-7375
Fax: 217-528-0075
Attorney for TSA Stores, Inc.

60162424v1 868372

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 28, 2007, I electronically filed the AGREED MOTION TO REFER MATTER TO MEDIATION AND TO STAY PROCEEDINGS PENDING MEDIATION with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

**David A. Rolf**     Email: darolf@sorlinglaw.com

**R. Lee Allen**     Email: rlallen@sorlinglaw.com

and I hereby certify that on June 28, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

**None**

    /s/ Charles R. Schmadeke
    Bar No. 2489813
    E-mail:cschmadeke@hinshawlaw.com
    Hinshaw & Culbertson LLP
    400 S. 9th St., Suite 200
    Springfield, IL 62701
    Phone: 217-528-7375
    Fax: 217-528-0075
    Attorney for TSA Stores, Inc.