E-FILED
Tuesday, 04 September, 2007 04:12:01 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SWPLAZA III, LLC, an Illinois limited liability company, as successor to Illinois National Bank, as Trustee under Trust Agreement dated November 6, 2000 and known as Trust No. 00-0020, an Illinois banking institution,<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>TSA STORES, INC., as successor to Gart Brothers Sporting Goods Company, a Delaware corporation,<br><br>    Defendant/Counter-Plaintiff. | Case No.: 06-CV-3177 |

## PROPOSED SCHEDULE

Pursuant to the orders entered in this matter on August 21 and 22, 2007, Plaintiff, SWPLAZA III, LLC, an Illinois limited liability company, as successor to Illinois National Bank, as Trustee under Trust Agreement dated November 6, 2000 and known as Trust No. 00-0020, by its attorneys, David A. Rolf and R. Lee Allen of Sorling, Northrup, Hanna, Cullen & Cochran, Ltd., and Defendant, TSA STORES, INC., a Delaware corporation, as successor to Gart Brothers Sporting Goods Company, by its attorneys, J. William Roberts and Charles R. Schmadeke of Hinshaw & Culbertson LLP, jointly submit this proposed schedule:

1. <u>Proposed Discovery Plan</u>. The parties jointly proposed discovery plan is as follows:

60164794v1 868372

  a. <u>Completion of Discovery.</u>  All discovery, including non-expert and expert discovery, and also including additional interrogatories and requests to produce, will be completed by October 31, 2007.

  b. <u>Interrogatories.</u>  Each party is allowed a maximum of 25 interrogatories, including the initial interrogatories served herein by the parties, unless otherwise agreed by the parties or allowed by order of the Court and must be served by a date that allows the served party the full 30 days provided by the Federal Rules of Civil Procedure in which to comply before October 31, 2007.

  c. <u>Requests to Produce Documents.</u>  Request to Produce Documents to be served by a date that allows the served party the full 30 days provided by the Federal Rules of Civil Procedure in which to comply before October 31, 2007.

2. <u>Other Items</u>.

  a. <u>Dispositive Motions.</u>  Any Motions for Summary Judgment shall be filed by December 31, 2007, with responses thereto to be filed within the time as provided by CDIL-LR 7.1(D)(2).

  b. <u>Pre-Trial Conference.</u>  The final pre-trial conference is set for _____, 2008 at ____:____ a.m./p.m.  All Motions in Limine shall be filed no later than 30 days before the final pre-trial conference.

  c. <u>Pre-Trial Disclosures.</u>  The deadlines for the pre-trial disclosures will be in accord with Fed.R.Civ.P. 26(a)(3) and CDIL-LR 16.1(E).

d. <u>Trial</u>. Trial date is set for _____, 2008 at ____:____ a.m./p.m.

        Respectfully submitted,

        SWPLAZA III, L.L.C., an Illinois limited liability company, as successor to Illinois National Bank, as Trustee under Trust Agreement dated November 6, 2000 and known as Trust No. 00-0020, Plaintiff/Counter-Defendant,

        By: /s/David A. Rolf_____
            One of Its Attorneys

        Sorling, Northrup, Hanna, Cullen & Cochran, Ltd.
        David A. Rolf and R. Lee Allen, of Counsel
        Suite 800, Illinois Building
        Post Office Box 5131
        Springfield, IL 62705
        Telephone: (217)544-1144
        Facsimile: (217)522-3173

        Respectfully submitted,

        TSA STORES, INC., as successor to Gart Brothers Sporting Goods Company, a Delaware corporation, Defendant/Counter-Plaintiff,

        By: /s/Charles R. Schmadeke_____
            One of Its Attorneys

        Hinshaw & Culbertson LLP
        J. William Roberts and Charles R. Schmadeke,
            of Counsel
        400 South 9th Street, Suite 200
        Springfield, IL 62701
        Telephone: (217)528-7375
        Facsimile: (217)528-0075
        E-Mail: broberts@hinshawlaw.com
        E-Mail: cschmadeke@hinshawlaw.com

60164794v1 868372

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing document was served by electronic service through the Court's ECF System to the following:

David A. Rolf
R. Lee Allen
Sorling, Northrup, Hanna, Cullen & Cochran, Ltd.
Suite 800, Illinois Building
Post Office Box 5131
Springfield, IL 62705
E-Mail: darolf@sorlinglaw.com
E-Mail: rlallen@sorlinglaw.com

on the 4th day of September, 2007.

                        /s/Charles R. Schmadeke
                        J. William Roberts
                        Charles R. Schmadeke
                        Hinshaw & Culbertson LLP
                        400 South 9th Street, Suite 200
                        Springfield, IL 62701
                        Telephone: (217)528-7375
                        Facsimile: (217)528-0075
                        E-Mail: broberts@hinshawlaw.com
                        E-Mail: cschmadeke@hinshawlaw.com

60164794v1 868372