**E-FILED**
Monday, 31 December, 2007  02:29:53 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| SWPLAZA III, LLC, an Illinois limited liability company, as successor to Illinois National Bank, as Trustee under Trust Agreement dated November 6, 2000 and known as Trust No. 00-0020, an Illinois banking institution, | ) ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.:  06-3177 |
| TSA STORES, INC., as successor to Gart Brothers Sporting Goods Company, a Delaware corporation, | ) ) ) ) | |
| Defendant. | ) | |

### SWPLAZA III, LLC'S MOTION TO BAR OPINION WITNESS

NOW COMES Plaintiff, SWPLAZA III, LLC, an Illinois limited liability company, as successor to Illinois National Bank, as Trustee under Trust Agreement dated November 6, 2000 and known as Trust No. 00-0020, an Illinois banking institution (hereinafter "Landlord"), by and through its attorneys, Sorling, Northrup, Hanna, Cullen & Cochran, Ltd., David A. Rolf, of Counsel, and pursuant to Federal Rule of Evidence 702 and Local Rule 7.1, hereby moves to bar the opinions of Defendant, TSA STORES, INC.'s expert witness, Jeffrey Wolford, and bar him from testifying in the matter, in support of which it states as follows:

1.      Landlord filed a Complaint in the Seventh Judicial Circuit, Sangamon County, Case No. 2006-MR-392, on or about July 12, 2006 in state court seeking declaratory relief that the Lease it has with the Defendant TSA (hereinafter "Tenant") remain in effect and Tenant comply with its financial obligations thereunder.  Tenant removed the matter to federal court answering the Complaint and filing a two count Counterclaim for declaratory relief, as well as

damages.  At issue in the case is a provision in the Lease between the parties, entered into on April 2, 2001, stating that in the event of a fire or other casualty, if the cost of reconstruction to the Premises exceeds 35% of the total then reconstruction costs, the Tenant has the option of terminating the Lease.

2.    Following tornadoes on March 12, 2006 in Springfield, Illinois, the Premises were damaged.

3.    Thereafter, Tenant sent to Landlord notice that it was exercising the option of terminating the Lease and attached thereto a report which purported to be an estimate by Mr. Wolford of the costs to repair damages to the Premises.

4.    Mr. Wolford was later identified as Tenant's testifying expert in the matter and provided additional reports pursuant to Federal Rule of Civil Procedure 26(a)(2).

5.    Federal Rule of Evidence 702(1) allows a witness to testify if the testimony is based upon sufficient facts or data.

6.    Federal Rule of Evidence 702(3) provides that a witness may testify if the witness has applied the principles and methods reliably to the facts of the case.

7.    In the instant case, the Tenant's expert, Mr. Wolford, arrived at his opinions which served the basis for Tenant's termination of the Lease based on insufficient facts and data, and failed to apply his method of analysis to the facts of the case.  In addition, the testimony is fraught with speculation, as Mr. Wolford has testified at his deposition that he does not know the reason for the innumerable changes between the report on which the Tenant based its exercise of the option and the report which he has disclosed that he will be testifying to at this trial.

WHEREFORE, Plaintiff, SWPLAZA III, LLC, an Illinois limited liability company, as successor to Illinois National Bank, as Trustee under Trust Agreement dated November 6, 2000

and known as Trust No. 00-0020, an Illinois banking institution, prays this Court strike the

disclosure and testimony of Defendant, TSA STORES, INC.'s expert witness, Mr. Jeffrey

Wolford, from the record and bar him from testifying in this matter.

Respectfully submitted,

SWPLAZA III, L.L.C., an Illinois limited liability
company, as successor to Illinois National Bank, as
Trustee under Trust Agreement dated November 6,
2000 and known as Trust No. 00-0020,
Plaintiff/Counter-Defendant,

By:        /s/ David A. Rolf
        David A. Rolf, Bar # 6196030
        Attorney for Plaintiff/Counter-Defendant
        Sorling, Northrup, Hanna,
        Cullen & Cochran, Ltd.
        Suite 800, Illinois Building
        Post Office Box 5131
        Springfield, IL 62705
        Telephone:  (217)544-1144
        Facsimile:  (217)522-3173

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing document was served by electronic service through the Court's ECF System to the following:

Mr. J. William Roberts
Mr. Charles R. Schmadeke
Hinshaw & Culbertson LLP
400 South 9th Street, Suite 200
Springfield, IL 62701

on the 31st day of December, 2007.

/s/ David A. Rolf

David A. Rolf, Bar # 6196030
Attorney for Plaintiff/Counter-Defendant
Sorling, Northrup, Hanna,
Cullen & Cochran, Ltd.
Suite 800. Illinois Building
Post Office Box 5131
Springfield, IL 62705
Telephone: (217)544-1144
Facsimile: (217)522-3173
E-Mail: darolf@sorlinglaw.com
