**E-FILED**
Thursday, 03 April, 2008  01:33:43 PM
Clerk, U.S. District Court, ILCD

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | | |
|---|---|---|
| SWPLAZA III, LLC, an Illinois limited liability company, as successor to Illinois National Bank, as Trustee under Trust Agreement dated November 6, 2000 and known as Trust No. 00-0020, an Illinois banking institution, | ) ) ) ) ) ) ) | |
| Plaintiff/Counter-Defendant, | ) ) | |
| v. | ) ) | Case No.:  06-CV-3177 |
| TSA STORES, INC., as successor to Gart Brothers Sporting Goods Company, a Delaware corporation, | ) ) ) ) | |
| Defendant/Counter-Plaintiff. | ) ) | |

## MOTION TO BAR TESTIMONY OF DAVID FRIEDER

NOW COMES Plaintiff/Counter-Defendant, SWPLAZA III, LLC (hereinafter "SWPlaza"), an Illinois limited liability company, as successor to Illinois National Bank, as Trustee under Trust Agreement dated November 6, 2000 and known as Trust No. 00-0020, an Illinois banking institution, by and through its attorneys, Sorling, Northrup, Hanna, Cullen & Cochran, Ltd., David A. Rolf, of Counsel, and pursuant to Federal Rules of Civil Procedure 26, 34, and 37, moves this Court to bar the testimony of David Frieder in the trial, in support of which it states as follows:

1.      On May 5, 2006, TSA sent to SWPlaza a Notice of Termination of Lease under cover of a letter from David Frieder.  Attached to that Notice, among other things, was two pages characterized as a Summary of Replacement and Repair Costs.  The second of those two pages was the Budget Estimate, a table which purported on its face to be prepared by Mr. Jeff Wolford.

2.      Thereafter, SWPlaza took issue with the reasonableness of that report in part based on it being prepared by Mr. Wolford.  In response, TSA provided through letter of its Chicago counsel an explanation justifying the work, not only as Wolford's, but justifying Wolford's credentials.

3.      Further, throughout the discovery in this case, there was never any disclosure by TSA of any documentation or answer to interrogatory that indicated to SWPlaza that the document was prepared by anyone other than Mr. Wolford, despite Requests to Produce requesting:

> 7.      All reports, surveys, and/or other documents evaluating, relating to, assessing, or describing damage and physical destruction to the premises on or after March 12, 2006.
>
> 10.     All documents relating to, reflecting any, or establishing any estimates, appraisals, or valuations of the total reconstruction costs applicable to the premises as a result of the damage sustained thereto by or from tornadoes or other storms occurring on, about, or after March 12, 2006.
>
> 13.     All documents relating to, relied on, or referred to by Wolford Retail Builders, Inc. in preparing the estimate of replacement or repair costs for the premises as a result of the tornadoes on or about March 12, 2006.

4.      Not at any time prior to the deposition of Mr. Wolford did TSA ever produce the document attached hereto and marked for trial as Exhibit No. 27.  Exhibit No. 27 is an e-mail from Mr. Frieder to Mr. Wolford containing the very information which is responsive to any of the above Requests.  Further, Exhibit No. 27 was responsive and should have been produced under TSA's obligation pursuant to Federal Rule of Civil Procedure 26 for production of any information it intends to rely on to support its claim.  Despite this fact, the information was never produced until Mr. Wolford was asked to bring his file to his deposition.  At that time, he produced a file of material of a total of 180 pages, including over twenty e-mails between Wolford and Frieder in April and May, 2006.  His deposition took place on October 30, 2007.

At his deposition, Mr. Wolford said the table bearing his name looked like something he had prepared. Thereafter, indication from counsel for TSA was that he had prepared it and later by e-mail, a copy of which is attached hereto dated December 24, 2007, indicating finally that the May 1, 2006 summary accompanying the Notice of Termination was apparently believed to be prepared by David Frieder of TSA. December 24th was six days prior to the deadline for filing Motions for Summary Judgment, after discovery was closed, and with the trial date already set.

5.      SWPlaza asserted the position in its Motion for Summary Judgment that this fact, among other evidence, was sufficient to show that TSA's termination notice was based on unreasonable information and made in bad faith. The Court ruled that remained a question of fact. Therefore, the case is set to proceed to trial, with David Frieder being given an opportunity to explain how he arrived at an estimate, which up until the eve of the deadline for Motions for Summary Judgment, SWPlaza had no idea Mr. Frieder had prepared.

6.      Now on the eve of trial, TSA has disclosed minutes from a meeting of apparently of a real estate group within TSA referencing the Springfield store, David Frieder, calculations, and termination of the lease (copy attached). While the document in and of itself is somewhat troubling, what is far more troubling is the fact that TSA has shown that throughout the two years that this case has been pending, that it intentionally failed to make disclosures required voluntarily pursuant to Rule 26, or also in Response to Request to Produce Documents under Federal Rule of Civil Procedure 34. We now know that TSA knew Frieder prepared the estimate, at the direction of this real estate group. Cynthia Cashman, who provided an affidavit in support of TSA's Motion for Summary Judgment as Director of Real Estate, also responded to all the discovery requests for TSA. In response to Interrogatory No. 5 (copy attached) she identified all eight people listed in the minutes of the meeting now disclosed, as the people who

made the decision to terminate the lease, all high ranking management of TSA. Despite this, TSA did not disclose the minutes of any of their meetings, even though TSA knew they were giving direction to David Frieder as to the very issue in the case. Likewise, the minutes they now disclose show that group reviews the sales volumes and cash income of the various stores, including breaking out those with options that may or may not be exercised. Despite knowing that group considered revenues, TSA objected and has not produced any sales or revenue figures for the Springfield store.

7. Since TSA intentionally represented to the SWPlaza at the time of the termination of the lease that it was basing its decision on an estimate prepared by Mr. Wolford, and since it now admits nearly two years later that is not the case, and that there are in fact additional factors involved, SWPlaza has been prejudiced in its preparation for presentation of the case. An appropriate sanction for TSA's intentional failure to make appropriate disclosures is to disallow Mr. Frieder from testifying, seeking to explain what TSA has been unwilling for the last two years to provide to SWPlaza as the case came to trial. See *Crowne Life Insurance Co. v. Craig*, 995 F.2d 1376 (7th Cir. 1993)(where trial court has broad discretion in entering sanctions and where appellate court upheld Rule 37 sanction order based on party's intentional failure to disclose documents to support expert's opinion); *Salgadov. General Motors Corp.*, 150 F.3d 735 (7th Cir. 1998)(where court upheld order barring expert testimony as form of sanction under Rules 26 and 37); and *Patterson v. Coca-Cola Bottling Co.*, 852 F.2d 280 (7th Cir. 1988) (where appellate court affirmed trial court's sanction order dismissing complaint).

WHEREFORE, Plaintiff/Counter-Defendant, SWPLAZA III, LLC (hereinafter "SWPlaza"), an Illinois limited liability company, as successor to Illinois National Bank, as Trustee under Trust Agreement dated November 6, 2000 and known as Trust No. 00-0020, an

Illinois banking institution, respectfully requests this Court to bar the testimony of David Frieder

in this matter as an appropriate sanction for the ongoing abuses of discovery and disclosure

which have taken place by TSA in this matter.

Respectfully submitted,

SWPLAZA III, L.L.C., an Illinois limited liability
company, as successor to Illinois National Bank, as
Trustee under Trust Agreement dated November 6,
2000 and known as Trust No. 00-0020,
Plaintiff/Counter-Defendant,


By:  _____/s/ David A. Rolf_____
          David A. Rolf, Bar #6196030
          Attorney for Plaintiff/Counter-Defendant
          Sorling, Northrup, Hanna,
          Cullen & Cochran, Ltd.
          Suite 800, Illinois Building
          Post Office Box 5131
          Springfield, IL 62705
          Telephone:  (217)544-1144
          Facsimile:  (217)522-3173

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served via hand delivery and by electronic service through the Court's ECF System to the following:

Mr. J. William Roberts
Mr. Charles R. Schmadeke
Hinshaw & Culbertson LLP
400 South 9th Street, Suite 200
Springfield, IL 62701

on the 3rd day of April, 2008.

/s/ David A. Rolf
David A. Rolf, Bar #6196030
Attorney for Plaintiff/Counter-Defendant
Sorling, Northrup, Hanna,
Cullen & Cochran, Ltd.
Suite 800. Illinois Building
Post Office Box 5131
Springfield, IL 62705
Telephone:  (217)544-1144
Fax:  (217)522-3173
E-Mail:  darolf@sorlinglaw.com

E-FILED
Thursday, 03 April, 2008  01:34:13 PM
Clerk, U.S. District Court, ILCD

**Jeff Wolford**

---

| | |
|---|---|
| **From:** | David Frieder [dfrieder@thesportsauthority.com] |
| **Sent:** | Wednesday, April 26, 2006 11:22 AM |
| **To:** | jwolford@wolfordretailbuilders.com |
| **Subject:** | Springfield repair costs |
| **Attachments:** | Copy of #618- Springfield Owner Bid Rev (2).xls |

Jeff,  Please take a look at this and see what you think.  I think that I'm under on these costs as a first pass estimate.  I want to make sure that the numbers are somewhere reasonable but on the high side since this is the start of the negotiations.  Let me know what adjustments you would make.  Thanks.  David

No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.467 / Virus Database: 269.7.3/809 - Release Date: 5/17/2007 5:18 PM

10/29/2007

EXHIBIT
27

# Sports Authority

#618
3211 South Veterans Parkway
Springfield, IL 62704
Budgetary- 32,513 sf

Budget based on Union Labor costs

## Budget Estimate

| ITEM | MATERIAL | NOTES | TOTAL |
|---|---|---|---|
| Shoring- Stabilizing | | | $18,500 |
| Selective Demolition- Balance of Damage | | | $37,400 |
| Structural- 124' lf Bar Joist & Deck | | 4960sq ft | $57,600 |
| Masonry- Beam Pockets etc. | Colm Line E | 1 elevation | $10,500 |
| Replace 124' Structural masonry wall | | | $21,500 |
| Roofing and insulation | | 15k sq ft.  $82,000 for entire roof | $39,500 |
| Replace Existing Storefront & Glass | | | $24,000 |
| Sprinkler- Rework Existing- Damaged | | | $28,200 |
| Fire Alarm- Minor Device Replacement | | | $2,950 |
| Ductwork- Remove and replace | | | $7,600 |
| HVAC repair existing units | | | $9,600 |
| Drywall/ Finish Taping Perimeter 4'/ U/S of Deck | | 4' up at Perim | $31,600 |
| Minor ACT`s- T-Bar Repalcement | | 4,000 sf | $5,900 |
| Electrical- Safe off- Curcuit Verification | | | $6,200 |
| Light Fixture Installation Only | 50 Fixtures | Sales Floor | $18,500 |
| Light fixtures | 50 Fixtures | Materials | $4,850 |
| Paint to match at lower levels | | | $9,800 |
| Floor Prep & Adhesive Removal | | .40 per ft | $10,042 |
| Entire Flooring installation | | | $49,500 |
| Flooring materials | | Materials | $68,500 |
| RR- Plumbing Re-Installation | | Install Only | $1,200 |
| Entire New Premier Millwork Installation | | Install Only | $5,700 |
| Millwork | | Materials | $26,000 |
| Install Toilet Partitions/ Acessories | | | $3,550 |
| Final Cleaning- Deodorizing | | Union | $11,000 |
| Dumpsters | | 10 X $410.00 | $4,100 |
| Barricades- Dismantaling of Existing | | | $2,100 |
| Protection of finish materials | | | $12,500 |
| Misc. Rental Equipment | | | $8,200 |
| Contingency | | 4% | $25,600 |
| General Conditions (Itemize) | | | $21,550 |
| Supervision | 9 Weeks | $2,375 Per Wk | $21,375 |
| City Required Fire Watch | | | $2,200 |
| **SUBTOTAL** | | | $607,317 |
| Allowances | | N/A | |
| **SUBTOTAL** | | | |
| Insurance | | 1.50% | $9,110 |
| Profit & Overhead | | 10% | $60,732 |
| Premium for expedited work | | 5% | $30,366 |
| **TOTAL** | | | $677,158 |
| | | | |
| List itemizations below: (#25 - Gen Cond.) | | | |
| Mics. Construction Materials | | | $2,400 |
| PM Travel- Misc Office & Field Costs | | | $6,100 |
| Temp Phone- Cell Ph etc. | | | $2,200 |
| Construction Laborer`s & Clean-up | | | $7,500 |
| Superintendent Travel | | | $1,800 |
| Administration Time | | | $1,550 |

## David A Rolf

**From:**    Charles Schmadeke [cschmadeke@hinshawlaw.com]

**Sent:**    Monday, December 24, 2007 11:57 AM

**To:**      David A Rolf

**Subject:** SWPlaza v. TSA

Dave, I wish to apologize,  Apparently, I misunderstood from Wolford regarding the preparation of the May 1, 2006 summary.  Wolford says he did not prepare it.  At this point, I believe the summary was prepared by David Frieder of TSA.  If this causes you any problem, I will be glad to accommodate you in any reasonable way.

I hope you have a Merry Christmas.  chip

Charles R. Schmadeke
Hinshaw & Culbertson LLP
400 S. Ninth Street
Springfield, Illinois 62701-1908
217.528.7375
DIRECT:  217.467.4914
FAX:  217.528.0075

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

12/26/2007

## David A Rolf

| | |
|---|---|
| **From:** | Charles Schmadeke [cschmadeke@hinshawlaw.com] |
| **Sent:** | Monday, March 31, 2008 10:02 AM |
| **To:** | David A Rolf |
| **Subject:** | SWPlaza v. TSA |

David, I have been authorized to release the entire document to you.  chip

Charles R. Schmadeke
Hinshaw & Culbertson LLP
400 S. Ninth Street
Springfield, Illinois 62701-1908
217.528.7375
DIRECT:  217.467.4914
FAX:  217.528.0075

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

## MINUTES FROM APRIL 18, 2006 REAL ESTATE COMMITTEE MEETING

### Attendees

G. Waters                D. Campisi
N. Hassanein             C. Day
L. Kelton                D. Morton
D. Boose                 J. Hourvitz

### Store Closings

- Springfield, IL      Confirm cost to re-construct store with David Frieder and that it will trigger our Termination Right in the lease. If so close store.

### Leases with No Options

- Sports Castle Murray, UT   LK to negotiate rent deal without TI contribution from LL and bring back to REC.
- Santa Fe, NM               CD and LK to field trip.

### Leases with Lease Renewals and Expirations

- Billings, MT        Exercise option do not remodel store.
- Jacksonville, FL    Exercise option.
- Sayville, NY        Exercise option.

### Open Deals in Discussion

- Charlotte, NC          DM, GW, DC, and CD to field trip market.
- Nampa, ID (DDR)        Denied
- Nampa, ID (Kimco)      Approved for 2007 opening
- Mt. Pleasant, SC       Make deal if DDR is willing to do so without us making their deal in Nampa.
- S.E. Tuscon            Approved for Spring 2008
- Sparks, NV             Tabled until May 31st REC Meeting
- Albuquerque, NM        Approved for Spring 2008
- Casa Grande, AZ        Approved for Spring 2008
- Surprise, AZ           Approved for Spring 2008

### New Store Deals

- Snellville, GA     Approved for 2007 opening subject to field trip on April 19 and 20, 2006
- Bountiful, UT
  (Relocation)       Approved for Spring 2008

# REAL ESTATE COMMITTEE MEETING
## April 18, 2006

## Table of Contents

Page 2-4    Approved Deals for 2006 and 2007
Page 5      New Deals to be Presented
Page 6      Open Deals in Discussion
Page 6      Deals in Jeopardy or Moving
Page 7-9    Existing Stores with Lease Renewals & Expirations
Page 10-11  Existing Stores for 2006-2008 with No Options
Page 11     Topics for Discussion
Page 12     Surplus Real Estate
Page 13     Store Closing Report

*SHADED DEALS ARE DEALS IN JEOPARDY OR MOVING

## APPROVED DEALS FOR 2006

| No. | NAME | LOCATION | PROFORMA SALES (in Millions) | SQUARE FEET | ESTIMATED GRAND OPENING | LEASE STATUS |
|---|---|---|---|---|---|---|
| 1. | 629 | Delafield, WI | $5.28 | 40,086 | 4/1/06 | FULLY EXECUTED |
| 2. | 659 | Redding, CA | $5.85 | 41,857 | 4/1/06 | FULLY EXECUTED |
| 3. | 174 | Somerville, MA | $9.10 | 45,650 | 4/8/06 | FULLY EXECUTED |
| 4. | 393 | Bonita Springs, FL | $6.65 | 37,500 | 4/22/06 | FULLY EXECUTED |
| 5. | 677 | Natomas, CA | $6.60 | 38,000 | 5/20/06 | FULLY EXECUTED |
| 6. | 457 | Riverdale, NJ | $7.51 | 40,000 | 8/12/06 | FULLY EXECUTED |
| 7. | 373 | Viera, FL | $6.11 | 37,500 | 8/12/06 | FULLY EXECUTED |
| 8. | 368 | Waterford Lakes, FL | $6.65 | 45,000 | 8/12/06 | FULLY EXECUTED |
| 9. | 511 | White Marsh, MD | $8.06 | 51,647 | 8/12/06 | FULLY EXECUTED |
| 10. | 141 | Aurora, CO (The Southland's) | $5.51 | 39,734 | 10/20/06 | FULLY EXECUTED |
| 11. | 429 | Conyers, GA | $4.57 | 39,755 | 10/28/06 | FULLY EXECUTED |
| 12. | 651 | Murrieta, CA | $5.67 | 35,000 | 10/28/06 | FULLY EXECUTED |
| 13. | 479 | Riverhead, NY | $8.08 | 45,075 | 10/28/06 | FULLY EXECUTED |
| 14. | 127 | Bowles, CO | $9.93 | 78,182 | 11/18/06 | FINALIZING LEASE |
| **TOTAL SALES PROJECTED FOR 2006:** | | | **$ 95.57 M** | | | |

Page 2 of 13

## APPROVED DEALS FOR 2007

| No. | STORE NO. | LOCATION | PROFORMA SALES (in Millions) | PROFORMA SALES BASED ON NEW ASSUMPTIONS (in Millions) | SQUARE FEET | ESTIMATED OPENING | LEASE STATUS |
|-----|-----------|----------|------------------------------|--------------------------------------------------------|-------------|-------------------|--------------|
| 1. | 357 | Colonial, FL | $5.61 | $5.61 | 44,410 | Spring | FINALIZING LEASE |
| 2. | 178 | Holyoke, MA | $7.13 | $8.09 | 46,026 | Spring | FINALIZING LEASE |
| 3. | N/A | Glendale, CO | N/A | $9.91 | 45,000 | Spring | NEGOTIATING LEASE |
| 4. | 113 | Pueblo, CO (Relocation) | N/A | $3.76 | 33,000 | Spring | DRAFTING LEASE |
| 5. | N/A | Portland, OR | $6.98 | $6.96 | 38,000 | Spring | DRAFTING LEASE New site plan. |
| 6. | N/A | SE Gilbert, AZ (San Tan Village) | $5.09 | $5.33 | 38,000 | Spring | DRAFTING LEASE |
| 7. | N/A | South Jordan, UT | $4.99 | $5.29 | 38,000 | Spring | NEGOTIATING LEASE |
| 8. | 628 | Willowbrook, IL | $6.47 | $6.31 | 40,000 | Spring | FINALIZING LEASE |
| 9. | N/A | Gainesville, VA | $6.36 | $7.19 | 42,000 | Summer | DRAFTING LEASE |
| 10. | 177 | Mansfield, MA | $6.49 | $6.43 | 38,000 | Summer | FINALIZING LEASE |
| 11. | N/A | Cape Coral, FL | $5.56 | $5.56 | 40,207 | Fall | NEGOTIATING LEASE |
| 12. | 379 | East Sarasota, FL | $7.51 | $7.88 | 40,000 | Fall | NEGOTIATING LEASE |

*SHADED DEALS ARE DEALS IN JEOPARDY OR MOVING

## APPROVED DEALS FOR 2007 (Cont'd)

| No. | NAME | LOCATION | PROFORMA SALES (in Millions) | PROFORMA SALES BASED ON NEW ASSUMPTIONS (in Millions) | SQUARE FEET | ESTIMATED OPENING | LEASE STATUS |
|-----|------|----------|------------------------------|-------------------------------------------------------|-------------|-------------------|--------------|
| 13. | 167 | Marlborough, MA | $6.05 | $7.39 | 40,000 | Fall | NEGOTIATING LEASE |
| 14. | N/A | New Tampa, FL (Cypress Creek) | $5.87 | $6.73 | 45,000 | Fall | DRAFTING LEASE |
| 15. | N/A | Port St. Lucie, FL | $4.65 | $5.72 | 40,000 | Fall | NEGOTIATING LEASE |
| 16. | N/A | Wellington, FL | $6.59 | $7.44 | 42,183 | Fall | NEGOTIATING LEASE |
| 17. | 356 | Winter Garden, FL | $5.99 | $6.75 | 42,000 | Fall | FULLY EXECUTED |
| **TOTAL SALES PROJECTED FOR 2007:** | | | **$91.34 M** | **$112.35 M** | | | |

## NEW DEALS TO BE PRESENTED

| No. | NAME | RENOVATION or GROUND UP | SQUARE FEET | ESTIMATED OPENING | OPERATIONS SALES VOLUME | VOLUME PROFORMA FOR 12% ROIC (in Millions) | COMMENTS |
|-----|------|------------------------|-------------|-------------------|------------------------|-------------------------------------------|----------|
| 1. | Snellville, GA (Relocation of Stone Mountain) | GU | 37,500 | Summer '07 | | $6.40 | New Lifestyle Center. Co-tenants include Old Navy, Barnes & Noble, Gap and small shops. |
| 2. | Bountiful, UT | GU | 40,000 | Fall '07 | | $5.60 | New project just north of Costco project. |

## OPEN DEALS IN DISCUSSION

| No. | DATE PRESENTED | NAME | RENOVATION or GROUND UP | SQUARE FEET | ESTIMATED OPENING | VOLUME PROFORMA FOR 12% ROIC (in Millions) | COMMENTS |
|---|---|---|---|---|---|---|---|
| 1. | 1/18/06 | Charlotte, NC (Concord Mills) | GU | 42,000 | 2007 | $5.09 | Subject to finding a second new store in Charlotte MSA. (No change) |
| 2. | 1/18/06 | Mt. Pleasant, SC | RENO | 33,800 | Spring 2007 | $5.04 | Must make Nampa deal to make this deal. Same developer - DDR |
| 3. | 1/18/06 | Nampa, ID - DDR (Relocation) | GU | 38,000 | Fall 2007 | $5.71 | A new development with JC Penny's and potentially Macy's. |
| 4. | 1/18/06 | S. E. Tucson, AZ | GU | 40,000 | Spring 2008 | $5.57 | Richard Henry field tripped site and wants to proceed. |
| 5. | 1/18/06 | Sparks, NV | GU | 38,000 | 2007 | $6.06 | Confirming reports of competition activity (Scheel's, Bass Pro, Cabela's) |
| 6. | 2/21/06 | Albuquerque, NM | GU | 40,000 | Spring 2008 | $4.76 | Relo opportunity in existing mall, with Dillard's, Bed Bath and Beyond, and proposed Best Buy, and Target. |
| 7. | 2/21/06 | Casa Grande, AZ | GU | 38,000 | Fall 2007 | $5.17 | Richard Henry field tripped site and wants to proceed. |
| 8. | 2/21/06 | Surprise, AZ | GU | 38,000 | Fall 2007 / Spring 2008 | $5.36 | Richard Henry field tripped site and wants to proceed. |

## DEALS IN JEOPARDY OR MOVING:

| NAME | PROFORMA APPROVED (in Millions) | SQUARE FEET | ESTIMATED OPENING | ISSUES |
|---|---|---|---|---|
| San Luis Obispo, CA | $5.63 | 33,200 | Fall 2007 | Developer in dispute with city for entitlement permits. Pursuing permits through county. (No change) |

# EXISTING STORES WITH LEASE RENEWALS FOR 2006 - 2007

| SALES VOL. 2005 / 2004 (in Millions) | CASH BASED INCOME w/o ADVERTISING FY 2005 / 2004 | STORE | NAME | SQ. FT. | LEASE EXP. DATE | NOTICE DATE | EXISTING RENT/ OPTION RENT | NEW NET OPT'l/$$ FOR EOM JAN '06 | REMODEL Y/N, WHEN AND TYPE | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| $4.34 / $4.50 | $465 / $480 | 787 | Las Vegas, NV Sahara & Decatur | 39,641 | 4/30/06 | 2/1/06 | $8.70 / $8.70 | $192,488 | 2002 | (3) 5-year options. Per REC, approved to 2-year renewal. Finalizing amendment. |
| $4.05 / $4.17 | $484 / $446 | 609 SM | Aurora, IL Fox Valley | 41,637 | 10/31/06 | 4/29/06 | $8.70 / $9.70 | $316,664 | None | (2) 5-year options. 9/23 REC approved closing store. Close at end of term. |
| $4.41 / $4.36 | $774 / $737 | 450 | Billings, MT | 40,000 | 4/30/07 | 5/5/06 | $5.55 / $6.25 | $234,826 | 2007 | (1) 3 year and (1) 5 year option. Will renew lease upon REC approval. Try for FL $ front LL. (ESD) |
| $6.36 / $6.47 | $1,293 / $938 | 608 | Orland Park, IL | 44,495 | 1/31/15 | May 2006 | $3.51 avg / $11.60 | $428,485 | None | Amending lease for reduced rent ($11) and term (5/31/2011) with (4) 5 year options, effective 6/1/2006. |
| $6.56 / $8.63 | $1,273 / $2,152 | 370 | Jacksonville, FL Regency Square | 43,701 | 1/31/2007 | 7/31/06 | $5.11 / $5.61 | $269,393 | 2002 and 2006 | (3) 5-year options remaining. Negotiating LL for relocation site. Per 9/23 REC, exercise option? |
| $12.90 / $14.11 | $2,204 / $2,764 | 480 | Sayville, NY Bohemia | 47,676 | 8/31/07 | 8/30/06 | $13.15 / $13.15 | $1,118,243 | 1/10/05 Level 6, $734K | (2) 5-year options. Will renew lease upon REC approval. Try for remodel $ from LL. (ESD) |
| $5.80 / $5.88 | $606 / $628 | 162 | S. Portland, ME | 43,326 | 6/30/07 | 10/1/06 | $13.45 / $15.69 | $297,416 | 2004 Level 3, $33K | Documenting renewal. Remodel schedule for Summer of 2006. |
| $9.89 / $9.87 | $2,173 / $2,173 | 536 | Alexandria, VA Potomac Yards | 43,200 | 11/30/07 | 10/31/06 | $15.50 / $16.50 | $661,554 | 2/14/05 Relay $495K | (2) 5-year options. (ESD) |
| $5.48 / $5.06 | $930 / $672 | 732 | Beaverton, OR | 40,138 | 12/31/07 | 1/01/07 | $8.47 / $9.90 | $1,140,787 | None | Considering relocation into Mervyn's building. |

## EXISTING STORES WITH LEASE RENEWALS FOR 2006 - 2007 (Cont'd).

| SALES VOL. 2005/2004 (in Millions) | CASH BASED INCOME w/o ADVERTISING 2005/2004 | STORE | NAME | SQ. FT. | LEASE EXP. DATE | NOTICE DATE | EXISTING RENT/OPTION RENT | NBV/NET OF TI's $ FOR EOM JAN '06 | REMODEL Y/N, WHEN, AND TYPE | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| $9.58/$9.37 | $2,024/$1,750 | 637 | West L.A., CA | 31,600 | 12/03/07 | 3/01/07 | $2.20/CPI | $278,164 | 10/5/05, Minor | (1) 10-year option. |
| $7.26/$6.48 | $2,141/$2,519 | 571 | Gurnee Mills, IL | 46,980 | 1/31/08 | 3/31/07 | 0/$11.77 | $508,019 | 11/05, Minor | (1) 5-year option remains. If TSA exercises this option, the shortfall contribution from LL (+/-$15 M) ends. |
| $4.95/$5.03 | $961/796 | 120 | Boulder, CO Mini Castle | 28,027 | 1/30/08 | 4/30/07 | $3.97/$3.97 | $420,464 | 8/13/04, Major | (2) 5-year options |
| $5.94/$5.57 | $1,034/$763 | 722 | Tacoma, WA | 42,984 | 6/14/08 | 6/13/07 | $9.07/$8.85 | $390,039 | None | (2) 5-year options. By exercising option, sublandlord goes away and our rent is controlled by the Master Lease. (ESD) |
| $5.47/$6.42 | $607/$1,082 | 587 TSA | Crystal Lake, IL | 48,000 | 3/31/08 | 6/30/07 | $13.00/$14.00 | $279,817 | None | (4) 5-year options |
| $5.38/$5.32 | $914/$1,034 | 518 | Waldorf, MD | 45,000 | 12/31/07 | 6/30/07 | $7.50/$8.00 | $487,869 | 6/2/05, Major | (5) 5-year options |
| $5.94/$5.99 | $1,364/$1,157 | 109 | Ft. Collins, CO | 25,000 | 1/31/08 | 7/1/07 | $3.75/$3.75 | $306,916 | None | (1) 3-yr. option. If not exercised, pay LL $26K. |
| $13.30/$12.14 | $2,407/$1,773 | 772 | Waipahu, HI | 50,060 | 7/18/08 | 7/18/07 | $23.47/FMV | $931,536 | 10/05, Major | (3) 5 year options. TSA also has option, upon 6 mos. notice, to extend term to Jan. 31. |
| $6.66/$6.27 | $1,240/$910 | 553 | Bellevue, WA | 34,780 | 1/21/08 | 7/21/07 | $18.46/$20.68 | $724,914 | 10/05, Major | (4) 5-year options |
| $2.89/$3.50 | $77/$320 | 431 | Charlotte, NC | 45,847 | 1/31/08 | 7/30/07 | $6.75/$7.75 | $83,306 | None | (3) 5-year options |

## EXISTING STORES WITH LEASE RENEWALS FOR 2006 – 2007 (Cont'd)

| SALES VOL. 2005/2004 (in Millions) | CASH BASED INCOME w/o ADVERTISING 2005/2004 | STORE | NAME | LEASE SQ. FT. | LEASE EXP DATE | NOTICE DATE | EXISTING RENT/ OPTION RENT | NBV/NET OF T.I.'S FOR EOM JAN '06 | REMODEL Y/N, WHEN AND TYPE | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| $3.98 / $4.49 | $507 / $502 | 602 | Lombard, IL | 50,000 | 1/31/08 | 7/31/07 | $5.70 / *$6.41 or CPI | $549,157 | 5/7/04, Minor | 1 @ 5 yrs. 2 mos. and 1 @ 5 yrs. *Rent increase and Option period are not aligned. Rent incr. occurs one year prior to Option period. Looking for relocation site. |
| $5.40 / $4.92 | $979 / 530 | 610 | Chicago, IL Bricktown | 36,495 | 1/31/08 | 8/4/07 | $10.62 / $11.05 | $310,124 | None | (2) 5-year options. |
| $9.25 / $9.05 | $1,866 / $1,492 | 631 | Hawthorne, CA | 42,460 | 1/31/08 | 8/4/07 | $15.37 / $17.21 | $353,860 | 1/06, Major | (4) 5-year options. |
| $8.10 / $8.43 | $738 / $912 | 483 | Massapequa, NY | 40,000 | 8/31/08 | 8/30/07 | $17.84 / $18.96 | $707,703 | 2/05, Major | (3) 5-year options. |
| $8.43 / $8.11 | $1,594 / $1,621 | 441 | Lansdale, PA Montgomery | 41,145 | 3/31/08 | 9/29/07 | $11.46 / $12.46 | $659,615 | 4/04, Major; 2006, Minor | (3) 5-year options. |
| $9.50 / $9.67 | $2,503 / $2,121 | 701 | Roseville, MN | 47,400 | 1/30/08 | 11/03/07 | *$6.00 / $6.58 | $1,129,663 | 4/04, Major | (3) 5-year options. If subtenant (Circuit City) exercises its option (on 5/05/07), then TSA must renew entire lease. *Rent based on entire space. |
| $5.26 / $5.58 | $673 / $556 | 455 | Wilmington, DE Concord | 42,470 | 11/30/08 | 11/29/07 | $9.97 / $10.97 | $703,266 | 11/16/03, Major | (3) 5-year options |
| $4.61 / $3.70 | $617 / $262 | 294 | Tallahassee, FL Governor's Sq. | 34,775 | 8/31/08 | 12/1/07 | $11.90 / $12.90 | $572,434 | None | (5) 5-year options |

REC Agenda – April 18, 2006

# EXISTING STORES FOR 2006-2008 WITH NO OPTIONS

| SALES VOL. 2005/2004 (in Millions) | CASH BASED INCOME w/o ADVERTISING 2005/2004 | STORE NAME | NAME | SQ. FT. | LEASE EXP. DATE | NOTICE DATE | EXISTING RENT/OPTION RENT | NBV/NET OF TI $'S FOR EOM JAN '06 | REMODEL Y/N, WHEN AND TYPE | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| $19.1/$2.07 | $178/$190 | Casper, WY Eastridge Mall | 17 GRT | 13,388 | MTM | None | $9.00/NA | $26,072 | None | Per 9/23 REC, continue MTM and monitor sales now that Sportsman's Warehouse is open. |
| $2.33/$2.17 | $421/$320 | Mt. View, CA | 681 SM | 10,200 | MTM | None | $21.60/NA | $41,081 | None | MTM with a 90-day mutual termination right with LL. |
| $1.58/$1.57 | $214/$218 | Pocatello, ID | 402 GRT | 10,944 | MTM | None | $6.50/NA | $26,575 | None | Monitor sales. |
| $1.54/$1.60 | $94/$121 | Pueblo, CO | 113 GRT | 11,623 | 8/31/06 | None | $8.00/$8.00 | $31,617 | None | Relocating to Mervyn's at Pueblo Mall. Need to negotiate extended term with LL until relo. opens. |
| $6.71/$6.35 | $1,055/$1,065 | Springfield, VA | 532 TSA | 42,987 | 7/31/06 | None | $14.00/NA | $94,305 | None | Mall to be re-configured. LL developing new site plan. Rec'd amendment to extend on lease for one year. |
| $3.88/$4.44 | $139/$427 | Livonia, MI | 592 TSA | 49,483 | 5/31/06 | None | $6.19/NA | $69,195 | None | Will close at end of term. |
| $7.51/$7.66 | $1,395/$1,294 | ➢ Sports Castle, Murray, UT | 301 GRT | 65,000 | 1/30/07 | None | $2.54/NA | $459,793 | 2001, Bathroom upgrade | LL has offered new 10-yr. term at $7.50 psf average with $100,000 LL contribution towards new store front. LK proceeding on. |
| $5.03/$5.73 | $740/$807 | Roseville, CA | 665 SM | 41,884 | 2/28/07 | None | $9.00/NA | $78,041 | None | 7/5/2005, Relay |
| $.82/$1.34 | $23/$206 | Riverside, LA | 250 TSA | 9,500 | 4/30/07 | None | $6.11/NA | $58,046 | None | Store re-opened January 23, 2006. |
| $4.36/$3.90 | $537/785 | ➢ Glenwood Springs, CO | 124 GRT | 31,723 | 12/31/07 | None | $7.50/NA | $714,962 | None | New store open. Office Depot and Landlord very close to signing lease. |

## EXISTING STORES FOR 2006-2008 WITH NO OPTIONS (Cont'd)

| SALES VOL. 2005/2004 (in Millions) | CASH BASED INCOME w/o ADVERTISING 2005/2004 | STORE NAME | SQ. FT. | LEASE EXP. DATE | NOTICE DATE | EXISTING RENT/ OPTION RENT | NBV NET OF TI ($/S) FOR EOM JAN '06 | REMODEL Y/N, WHEN AND TYPE | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| $1.62 / $1.49 | $48 / $94 | Santa Fe, NM Villa Linda Mall | 504 GRT | 19,556 | 1/15/08 | None | $9.00 / NA | $73,947 | None | Do we want to close store at end of term or stay and expand? |
| $7.34 / $7.36 | $1,493 / $1,498 | Mall of America, MN | 710 SM | 73,714 | 1/31/08 | None | % Rent/ NA | $285,080 | None | LK in discussion with LL for potential options and possible downsize. |
| $4.71 / $4.62 | $350 / $371 | Sandy Springs, GA | 419 TSA | 48,657 | 11/30/08 | None | $13.46 / NA | $208,925 | None | Continuous operations clause |
| $1.61 / $1.56 | $144 / $116 | Bountiful, UT | 323 GRT | 11,840 | 12/31/08 | None | $10.00 / NA | $38,615 | None | Yorktown relocation opportunity is too small. |
| $3.22 / $3.40 | $456 / $525 | Vail, CO | 121 GRT | 14,910 | 12/31/09 | None | $11.64 / NA | $288,705 | None | LK in discussion with LL for term extension. |
| $4.92 / $4.57 | $737 / $727 | Downers Grove, IL | 583 | 38,844 | 12/31/09 | None | $11.50 / NA | $102,928 | None | LL lease renewal at $17.00 sf with $600,000 remodel allowance + 4,045 sf store addition for storage. |

*(handwritten): Yes - DF working on $5/ thwkhall amenite*

**Topics for Discussion:**

- Springfield, IL – Store Closing?
- Clarias Update
- Albertson's Closed Store List
- Bob Stores Update
- Next REC Meeting

- Las Vegas ICSC
- Bridgeton, MO
- Store Size Discussion
- Greenville, SC – Store #280
- 2007 New Store Proformas

# SURPLUS REAL ESTATE

## PENDING DEALS/CLOSED STORES

| STORE # AND LOCATION | SQUARE FEET | LEASE EXP DATE | STORE CLOSING DATE | BASE RENT Per Month | ACCRETION ESTIMATES FY 2006/2007 | ANTICIPATED EFFECTIVE DATE OF TRANSACTION | RESERVE AS OF 3/31/06 | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| #287 Hickory Ridge, TN | 43,100 | 10/31/18 | Closed | $34,300 | $234,047 / $208,136 | TBD | $2,848,898 | Creative Realty marketing space and discussing LBO with Landlord for approximately $2.3M. |
| #124 Glenwood Springs, CO | 19,731 | 12/31/07 | Closed | $12,332 | $0 | Q4-05 | $61,992* | LK to provide comments. *After paying March rent. |
| #833 Crestwood, MO | 40,707 | 7/31/11 | Closed | $26,290 | $124,074 / $98,203 | 6/30/06 | $1,604,238 | Negotiating LBO with Landlord for $875,000 plus rent through 6/30/06; need lender consent. |
| #581 Niles, IL. | 71,000 | 10/31/12 | Closed | $45,208 | $392,189 / $348,023 | Late Q2 – 06 | $4,619,302 | Structuring LBO deal. |
| #461 Maple Shade, NJ | 42,173 | 2/28/13 | Closed | $42,173 | $155,313 / $86,441 | Q3 – 06 | $2,064,031 | Negotiating LBO with LL. Pushing for LOI from regional pool store. |
| #593 Pontiac, MI | 40,078 | 1/31/12 | Closed | $21,666 | $155,778 / $84,374 | Q3-06 | $1,561,734 | Discussing LBO with Landlord for approximately $875,000. |
| #511 White Marsh, MD | 40,480 | 6/30/11 | Closing 8/04/06 | $32,535 | $157,872 / $120,952 | 8/11/06 | $2,026,146 | Negotiation LBO with Landlord for $700,000 plus rent through 8/11/06. Haverty Furniture replacement tenant. |

## Store Closing/Relocation List

| Phase | Store Number | Store Brand | Location | State | Lease Expiration | Option List | Laundry or Retail Business | Turnover to Landlord Date | Comments | Requist Advertising | Mannequin out of DC Personel Apt To End | Liquidate Advertising | Date To Notify Store | Date To Catch Store | Drop ex from ES | Date to Begin DC Transfers | Date Patch Out Store To Store Transfers | Fixture Removal (Construction PM Resp On) | YTD 2006 thru Dec Cash Contribution | YTD 200? thru Dec Cash Contribution | Fixed Assets thru Jan 06 | YTD Comp % thru 1/28/06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2006 Closing** | 592 | TSA | Livonia | MI | 5/31/2006 | None | 5/6/2006 | 5/31/2006 | Not Extending Lease | YES | | Clearance 25% off | 2/9/2006 | 2/9/2006 | 2/9/2006 | 2/9/2006 | 2/9/2006 | TBD | 160.4 | 427.7 | 69.2 | -12.7% |
| | 609 | SM | Fox Valley | IL | 10/31/2006 | 2 @ 5 | 9/30/2006 | 10/31/2006 | | YES | | | TBD | | | | | TBD | 479.3 | 431.3 | 316.7 | -2.8% |
| | 665 | TSA | Roseville | CA | 2/28/2007 | TBD | TBD | TBD | | YES | | Clearance 25% off | TBD | | | | | TBD | 700.3 | 747.3 | 78.0 | -11.5% |
| | 113 | Gart | Pueblo | CO | 6/31/2006 | | 8/1/2006 | 8/31/2006 | Not Extending Lease, Mervyns?? | YES | | | TBD | | | | | TBD | 9.1 | 113.6 | 31.6 | -3.3% |
| | 591 | TSA | Madison Heights | MI | 1/31/2007 | | 12/31/200? | 1/31/2007 | | YES | | | | | | | | | -215.0 | 307.1 | 88.7 | -3.9% |
| **2006 Re-Lo** | 511 | TSA | White Marsh | MD | 6/30/2011 | | 7/7/2006 | TBD | Soft Open 8/4, Ope Takeover date 7/14 | YES | | | N/A | | | | | TBD | | -33.2 | 82.5 | -11.6% |

**E-FILED**
Thursday, 03 April, 2008  01:37:03 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| SWPLAZA III, LLC, an Illinois limited liability company, as successor to Illinois National Bank, as Trustee under Trust Agreement dated November 6, 2000 and known as Trust No. 00-0020, an Illinois banking institution, | ) ) ) ) ) ) ) | |
| Plaintiff/Counter-Defendant, | ) ) | Case No.  06-CV-3177 |
| vs. | ) ) | |
| TSA STORES, INC., as successor to Gart Brothers Sporting Goods Company, a Delaware corporation, | ) ) ) ) | EXHIBIT 5 |
| Defendant/Counter-Plaintiff. | ) | |

## DEFENDANT'S ANSWERS AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

Pursuant to Fed.R.Civ.P. 26 and 33, Defendant/Counter-Plaintiff TSA Stores, Inc., a Delaware Corporation, as successor to Gart Bros. Sporting Goods Company (incorrectly identified in the Complaint as "Gart Brothers Sporting Goods Company")(hereafter "TSA" or "Defendant"), by its attorneys Hinshaw & Culbertson LLP, hereby answers or objects as follows to Plaintiff's First Set of Interrogatories:

## GENERAL OBJECTIONS APPLICABLE TO ALL INTERROGATORIES

1.     Defendant objects to all of Plaintiff's Interrogatories to the extent they purport to impose burdens on Defendant that exceed its obligations under the Federal Rules of Civil Procedure on the ground that they are burdensome and oppressive and exceed the scope of permissible discovery in this action.

2.      Defendant objects to each Interrogatory to the extent it seeks information protected by the attorney-client and/or work product privileges. Defendant does not waive and intends to preserve and is preserving the attorney-client privilege, work product privilege, and every other privilege with respect to each and every communication and/or document protected by such privilege. To the extent that any Interrogatory is so vague or ambiguous that it may be interpreted to call for privileged or protected information, Defendant interprets each such request as not to call for any privileged or protected information.

3.      When Defendant's response to any given Interrogatory states that Defendant invokes its option to produce documents pursuant to Fed.R.Civ.P. 33(d), that response means Defendant has produced or will produce documents or exact copies thereof in its custody, possession, or control that are not subject to a privilege, work product confidentiality, or other immunity from discovery.

4.      Defendant's responses and objections are based on information now known. Defendant has not completed its investigation of all the facts involved in this case nor has it completed its discovery or its preparation for trial. Defendant, therefore, reserves its right, but undertakes no obligation beyond that required under the Federal Rules of Civil Procedure, to seasonably amend, change, and/or supplement its responses to Plaintiff's Interrogatories, if it later determines that such is necessary.

5.      Defendant objects to each Interrogatory to the extent it seeks information concerning times not at issue in this litigation and information beyond the subject of the claims at issue in this litigation.

6.      Defendant objects to each Interrogatory to the extent it purports to require Defendant to disclose information outside Defendant's possession, custody, or control.

2

60155755v1 868372

7.    In responding to these Interrogatories, Defendant does not waive, and intends to preserve, and is preserving:

a.    all objections to competency, relevancy, materiality, and admissibility as evidence for any other purpose and in any proceeding, including the trial of this action or any other action.

b.    all rights to object on any grounds to the use of the responses herein in any subsequent proceeding, including the trial of this or any other action;

c.    all objections as to vagueness and ambiguity; and

d.    all rights to object on any grounds as to further discovery requests.

8.    Defendant objects to the Interrogatories to the extent that the Interrogatories are overbroad on their face, the Interrogatories are unduly burdensome and oppressive, and the information sought is not relevant and not reasonably calculated to lead to the discovery of admissible evidence in this litigation.

9.    Defendant objects to the Interrogatories to the extent that the Interrogatories seek information in the possession or control of individuals or entities other than Defendant.

10.    Defendant objects to the Interrogatories to the extent that the Interrogatories seek information already within Plaintiff's possession.

Defendant incorporates the foregoing general objections into each and every objection and any responses to the specific Interrogatory propounded by Plaintiff. Defendant does not intend to waive, and is not waiving, any general objections in response to any specific Interrogatory.

INTERROGATORY NO. 1:    Identify the person answering these Interrogatories:

**ANSWER:    Cynthia Cashman, Director of Real Estate, TSA**

3

INTERROGATORY NO. 2: Identify any person assisting in answering these interrogatories and the interrogatory for which they provided assistance.

**ANSWER:    The following assisted in preparing responses to these interrogatories:**

a)    **Charles R. Schmadeke**
      **Attorney for Defendant**

b)    **Medora Mayne**
      **Associate General Counsel / Real Estate**
      **TSA**

c)    **Paul Gaudet**
      **Senior Vice President, Construction – Visual**
      **TSA**

d)    **David Frieder**
      **Vice President, Construction**
      **TSA**

e)    **Mike Mavelle**
      **Vice President, Risk Management**
      **TSA**

INTERROGATORY NO. 3: Set for the calculation in support of the claim for damages under Count II of the Counterclaim.

**ANSWER: As provided by Fed.R.Civ.P. 33(d), Defendant responds to Interrogatory No. 3 by stating that it has produced documents responsive to the Interrogatory. See TSA's Rule 26(a)(1) Initial Disclosures and documents produced therewith (including TSA Rule 26 Disclosures 0283-0294).**

INTERROGATORY NO. 4. Identify by every employee of TSA's Springfield store located at the Premises during 2005 and 2006.

**ANSWER:    Defendant objects to this Interrogatory in that the information sought is neither relevant to this litigation nor reasonably calculated to lead to the discovery of any admissible evidence regarding the subject matter of this litigation.**

INTERROGATORY NO. 5. Identify every individual at TSA involved in the decision to terminate the Lease.

4

ANSWER:

a)  John D. Morton
    Chief Executive Officer
    TSA

b)  Greg Waters
    Chief Operating Officer
    TSA

c)  Nessa Hassanein
    Executive Vice President / General Counsel
    TSA

d)  Lucy Kelton
    former Vice President / Real Estate
    TSA

e)  Dan Boose
    Vice President / Financial Planning-Analysis
    TSA

f)  David Campisi
    President
    TSA

g)  Chris Day
    former Senior Vice President / Real Estate
    TSA

h)  Jon Hourvitz
    Group Manager / Financial Planning-Analysis
    TSA

INTERROGATORY NO. 6.: Identify each employee or agent of TSA that was present in Springfield, Illinois at the Premises at any time following March 12, 2006, and the dates which they were present.

**ANSWER:**   To the extent that this Interrogatory requests the identity of every employee or agent of TSA that may have been present at the Premises on the dates specified, Defendant objects in that the information sought is neither relevant to this litigation nor reasonably calculated to lead to the discovery of admissible evidence regarding the subject matter of this action. Defendant further objects to this Interrogatory as unduly burdensome and oppressive. Subject to and without waiving the objections, Defendant states that the following were present at the Premises following March 12, 2006:

60155755v1 868372

a) Jeff Krone
Regional Sales Manager
Cotton USA
5432-A West Crenshaw Street
Tampa, FL  33634
03-12-06 to 03-16-06; 03-22-06

b) Corey Cochran, National Account Manager
Cotton USA
14345 Northwest Freeway
Houston, TX 77040
713-849-9300

c) As provided by Fed.R.Civ.P. 33(d), other Individuals from Cotton USA
identified in documents produced under Rule 26(a)(1)

d) Jeff Wolford
Wolford Retail Builders, Inc.
102 South Wheeling Road
Prospect Heights, IL  60070
847-394-4504
May 4, 2006

e) Mike Mavelle, Vice-President, Risk Management
TSA
March 13-15, 2006

f) Quentin Scott Ragan, Structural Engineer
EFI Global
455 West Kehoe Blvd., Suite 106
Carol Stream, IL  60188
630-462-6898
March 14, 2006

g) David Frieder, Vice President Construction
March 21, 2006

h) Carl Holmes, Manager / Energy
TSA
March 21, 2006

i) Amy Jennings, Purchasing Assistant
TSA
March 21, 2006

6

j)    Mark Grogan, District Manager
      TSA
      Several times per week between 03-13-06 and 05-05-06

k)    Tom Tiernan, General Adjuster
      Liberty Mutual
      200 Galleria Parkway, Suite 1100
      Atlanta, GA
      800-241-5435 ext. 477

l)    Terri Higdon, Claims Manager
      Lockton Companies
      8110 East Union Avenue, Suite 700
      Denver, CO
      303-414-6435
      March 13-15, 2006

m)    David Lee, Former Store Manager
      TSA

n)    Other TSA employees as identified in documents provided pursuant to
      Fed.R.Civ.P. 33(d).

INTERROGATORY NO. 7: Identify each person or entity who was engaged in any salvage and/or repair operations on behalf of or at the request of TSA at the Premises at any time on or after March 12, 2006.

ANSWER:

a)    Cotton USA
      5432-A West Crenshaw Street
      Tampa, Florida  22634

b)    EFI Global
      455 West Kehoe Blvd, Suite 106
      Carol Stream, IL  60188

c)    Ace Sign
      402 North 4th Street
      Springfield, IL 62702
      217-522-8417

d)    Interior Construction Experts (ICE)
      10836 Fox Sedge Way
      Highlands Ranch, CO
      720-344-3422

7

e)     Stoner & Company
       Chad Foster, Vice President
       107 Tonbridge Road
       Richmond, VA
       404-307-7332

INTERROGATORY NO. 8:  Identify each person or entity TSA contacted or consulted

with regard to reviewing, estimating, or approximating the costs of repair of the Premises after

March 12, 2006.

ANSWER:

a)     Cotton USA
       5432-A West Crenshaw Street
       Tampa, FL  22634

b)     Wolford Retail Builders, Inc.
       102 South Wheeling Road
       Prospect Heights, IL  60070

c)     EFI Global
       455 West Kehoe Blvd, Suite 106
       Carol Stream, IL  60188

INTERROGATORY NO. 9:  Describe all efforts made by TSA to sublet the Premises at

any time during the term of the Lease, up to and including to the present.

ANSWER:   None.

INTERROGATORY NO. 10: State the date and manner in which employees of TSA at

the premises were notified of the closing of TSA facility at the Premises, and whether any such

notice was in writing.

ANSWER:   Defendant objects to this Interrogatory in that the information sought
is neither relevant to this litigation nor reasonably calculated to lead to the discovery of any
admissible evidence regarding the subject matter of this litigation.

INTERROGATORY NO. 11: Identify any insurer to which TSA submitted a claim for

property, business income, or other loss by TSA from the events in March, 2006 at the Premises.

8

ANSWER:    Liberty Mutual Fire Insurance Company
           Tom Tiernam
           200 Galleria Parkway, NE, Suite 1100
           Atlanta, GA

DATED:     January __19__, 2007.


Legal Objections By: _____
                     Charles R. Schmadeke,
                     One of Defendant's Attorneys


Answers By: _____
            Cynthia J. Cashman

J. William Roberts (#2351714)
Charles R. Schmadeke (#2489813)
HINSHAW & CULBERTSON LLP
400 South Ninth Street, Suite 200
Springfield, IL 62701
217/528-7375 (phone)
217/528-0075 (fax)

60155755v1 868372

## CERTIFICATE OF SERVICE

The foregoing Defendant's Answers and Objections to Plaintiff's First Set of Interrogatories was served upon Plaintiff/Counter-Defendant by placing a true and correct copy thereof in the United States mail to:

David A. Rolf
R. Lee Allen
Sorling Northrup Hanna Cullen & Cochran LTD
Illinois Building
607 E. Adams Street, Suite 800
Springfield, IL 62701
darolf@sorlinglaw.com

on this 19th day of January, 2007.

Charles R. Schmadeke

J. William Roberts (#2351714)
Charles R. Schmadeke (#2489813)
HINSHAW & CULBERTSON LLP
400 South Ninth Street, Suite 200
Springfield, IL 62701
217/528-7375 (phone)
217/528-0075 (fax)

10

60155755v1 868372

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SWPLAZA III, LLC, an Illinois limited liability company, as successor to Illinois National Bank, as Trustee under Trust Agreement dated November 6, 2000 and known as Trust No. 00-0020, an Illinois banking institution, | ) ) ) ) ) ) ) |
| Plaintiff/Counter-Defendant, | ) ) Case No. 06-CV-3177 |
| vs. | ) ) ) |
| TSA STORES, INC., as successor to Gart Brothers Sporting Goods Company, a Delaware corporation, | ) ) ) ) ) |
| Defendant/Counter-Plaintiff. | ) |

## DEFENDANT'S AMENDED ANSWERS AND OBJECTIONS TO PLAINTIFF'S INTERROGATORIES NO. 4 AND NO. 10

Pursuant to Rules 26(e) and 33 of the Federal Rules of Civil Procedure, Defendant / Counter-Plaintiff TSA Stores, Inc., a Delaware corporation, as successor to Gart Bros. Sporting Goods Company (incorrectly identified in the Complaint as "Gart Brothers Sporting Goods Company") (hereinafter "TSA" or "Defendant"), by its attorneys, Hinshaw & Culbertson LLP, hereby amends its answers or objections to Plaintiff's Interrogatories No. 4 and No. 10 as follows:

## INCORPORATION BY REFERENCE OF GENERAL OBJECTIONS

Defendant incorporates herein by reference as though expressly stated herein all General Objections Applicable to All Interrogatories set forth in Defendant's Answers and Objections to Plaintiff's First Set of Interrogatories.

60158538v1 866372

## INTERROGATORIES

INTERROGATORY NO. 4. Identify by every employee of TSA's Springfield store located at the Premises during 2005 and 2006.

ANSWER: Defendant objects to this Interrogatory in that the information sought is neither relevant to this litigation nor reasonably calculated to lead to the discovery of any admissible evidence regarding the subject matter of this litigation. Subject to and without waiving said objection, Defendant states that Plaintiff has agreed to limit Interrogatory No. 4 to those employees of Defendant at TSA's Springfield store as of March 12, 2006. The following persons were employed by Defendant at its store in Springfield, Illinois, as of March 12, 2006 (please note that the addresses and telephone numbers provided are the last ones known by Defendant):

1. David K. Lee
   69 Pheasant Run
   Chatham, IL 62629
   217-483-9459

2. Betty J. Poe
   108 Northwoods Court
   Chatham, IL 62629
   217-483-7824

3. Shiloah S. Tubbs
   26 Robinhood Court
   Springfield, IL 62704
   217-698-7245

4. Jonathan Thielken
   2410 Country Trails
   Decatur, IL 62526
   217-553-8818

5. Eugene O. Tubbs
   26 Robinhood Court
   Springfield, IL 62704
   217-698-7245

6. Christopher D. Revelle
   219 Collier Drive
   Springfield, IL 62711
   217-787-1959

7. Jason I. Stogsdill

60158538v1 869372

14 Candlewood Drive, Apt. 7
Springfield, IL 62704
217-299-1460

8.    Ryne A. Pfeifer
      3816 Greenfield Drive
      Springfield, IL 62704
      217-787-8888

9.    Mindy B. Zulauf
      1141 Heritage rive
      Jacksonville, IL 62650
      217-473-9168

10.   Rebekah D. Coleman
      1004 Durkin Drive, #3
      Springfield, IL 62704
      217-585-6715

11.   Phillip L. Pinkston
      208 South Elm
      Raymond, IL 62560
      217-229-3546

12.   James C. Myers
      689 Peach
      Petersburg, IL 62675
      217-632-7899

13.   Christopher E. Yancy
      603 High School Street
      Divernon, IL 62530
      217-628-9803

14.   Charles M. Gallant
      407 S. Fillmore
      Edwardsville, IL 62025
      618-210-7000

15.   Katie L. Pasley
      259 Camp Sangamo Road
      Springfield, IL 62707
      217-523-0256

16.   Dawn C. Melcher
      2741 South 4th Street, Apt. B
      Springfield, IL 62703

3

217-523-4184

17.  Daniel J. Webb
     396 South McCullough Street
     Waggoner, IL 62572
     217-227-3335

18.  Michael J. Basarich
     2251 Boysenberry Lane
     Springfield, IL 62711
     618-616-6175

19.  Diedre D. Nicholson
     242 South Elm
     Winchester, IL 62694
     217-883-2162

20.  Brittany Scheer
     705 N. Allen Drive
     Athens, IL 62613
     217-899-0669

21.  Nicole L. Minor
     12710 Pine Ridge Lane
     Petersburg, IL 62675
     217-632-4376

22.  Jaclyn K. Damm
     219 N. Menard
     Mason City, IL 62664
     217-971-0661

23.  Adam J. Beyer
     9220 Old Indian Trial
     Chatham, IL 62629
     217-483-2125

INTERROGATORY NO. 10: State the date and manner in which employees of TSA at

the premises were notified of the closing of TSA facility at the Premises, and whether any such

notice was in writing.

ANSWER:   Defendant objects to this Interrogatory in that the information sought

is neither relevant to this litigation nor reasonably calculated to lead to the discovery of any

admissible evidence regarding the subject matter of this litigation. Subject to and without

4

6015853v1 868372

waiving said objection, Defendant states that, except for materials related to employee's severance, written notice of the closing of TSA's Springfield store was not provided to the employees of TSA's Springfield store. The employment of the employees at TSA's Springfield store was terminated by oral communication. The majority were terminated effective April 22, 2007; one was terminated effective April 27, 2007; one was terminated effective May 5, 2007; two were terminated effective May 7, 2007; and three were terminated effective May 8, 2007. In addition, the employment of one employee was terminated effective March 24, 2006, for reasons unrelated to the closing of TSA's Springfield store, and one employee was terminated effective August 2, 2006, for reasons unrelated to the closing of TSA's Springfield store.

DATED:     March 23, 2007.

TSA STORES, INC., as successor to Gart Bros.
Sporting Goods Company, a Delaware corporation,
Defendant/Counter-Plaintiff,

Legal Objections By: _____
Charles R. Schmadeke,
One of Defendant's Attorneys

Answers By: _____
Cynthia J. Cashman

J. William Roberts (#2351714)
Charles R. Schmadeke (#2489813)
HINSHAW & CULBERTSON LLP
400 South Ninth Street, Suite 200
Springfield, IL 62701
217/528-7375 (phone)
217/528-0075 (fax)

5

6015853v1 868372

CERTIFICATE OF SERVICE

The foregoing Defendant's Amended Answers and Objections to Plaintiff's Interrogatories No. 4 and No. 10 was served upon Plaintiff/Counter-Defendant by personal service upon:

David A. Rolf
R. Lee Allen
Sorling Northrup Hanna Cullen & Cochran LTD
Illinois Building
607 E. Adams Street, Suite 800
Springfield, IL 62701
darolf@sorlinglaw.com

on this 23rd day of March, 2007.

J. William Roberts (#2351714)
Charles R. Schmadeke (#2489813)
HINSHAW & CULBERTSON LLP
400 South Ninth Street, Suite 200
Springfield, IL 62701
217/528-7375 (phone)
217/528-0075 (fax)

6015853kv1 868372