E-FILED
Wednesday, 09 April, 2008 01:52:47 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

SWPLAZA III, LLC, an Illinois limited )
liability company, as successor to )
Illinois National Bank, as Trustee under )
Trust Agreement dated November 6, 2000 )
and known as Trust No. 00-0020, )
an Illinois banking institution, )
)
      Plaintiff, )
)
v. )   Case No.:06-3177
)
TSA STORES, INC., as successor to Gart )
Brothers Sporting Goods Company, )
a Delaware corporation, )
)
      Defendant. )

## JOINT EXHIBIT LIST

*Marked*

| No. | Description | Admit ~~Without Objection~~ | ~~Authentication Waived~~ | Objection |
|---|---|---|---|---|
| 1 | SWPLAZA III Initial Rule 26 Disclosure | | | |
| 2 | SWPLAZA III Answers To Interrogatories | | | |
| 3 | SWPLAZA III Response To Request To Produce Documents #1-54 | | | |
| 4 | TSA Initial Rule 26 Disclosure Documents #1-294 | | | |
| 5 | TSA Answers To Interrogatories | 4-8-08 | 4-8-08 | |
| 6 | TSA Response To Request To Produce Documents #295-405 | | | |
| 7 | SWPLAZA III Rule 26(a)(2) Expert Report of Mark Sorensen | 4-8-08 | 4-7-08 | |
| 8 | Sorensen File (produced at deposition) | | | |
| 9 | TSA Rule 26(a)(2) Expert Report of Jeff Wolford #1-119 | | | |
| 10 | Wolford File #1-183 (produced at deposition) | | | |
| 11 | Lease | 4-7-08 | 4-7-08 | |
| 12 | Declaration of Michael R. Mavelle | 4-8-08 | 4-8-08 | |
| 13 | Declaration of Cynthia Cashman | 4-8-08 | 4-8-08 | |

{S0572632.2 2/28/2008 DAR MAH}

1

| | | Admitted | Marked | |
|---|---|---|---|---|
| 14 | 03/13/06 Letter from M. Riggins of Sports Authority to Illinois National Bank, Charles Robbins & Lee Allen re: tornado, store closed, keep updated | 4-7-08 | 4-7-08 | |
| 15 | 03/16/06 Letter from C. Cashman of Sports Authority to C. Robbins and L. Allen re: damage, assessment reports; meet with Frieder on 03/21/06 | 4-7-08 | 4-7-08 | |
| 16 | 03/23/06 Letter from D. Frieder of Sports Authority to A. Seppi, C. Robbins & L. Allen re: option to terminate, aware considering terminating least | 4-7-08 | 4-7-08 | |
| 17 | 03/29/06 Letter from D. Rolf of SNHCC to D. Frieder of Sports Authority re: Jones Blythe estimate – not 35% | 4-7-08 | 4-7-08 | |
| 18 | 04/26/07 E-Mails between D. Frieder and M. Sorensen re: carpet status | 4-8-08 | 4-7-08 | |
| 19 | 04/28/06 Letter from L. Allen of SNHCC to D. Frieder of Sports Authority re: update on reconstruction | 4-7-08 | 4-7-08 | |
| 20 | 05/03/06 Letter from D. Frieder of Sports Authority to A. Seppi, C. Robbins & L. Allen re: Notice of Termination and analysis | 4-7-08 | 4-7-08 | |
| 21 | 05/05/06 Letter from L. Allen of SNHCC to D. Frieder of Sports Authority re: repairs, costs, status and challenge wrongful termination | 4-7-08 | 4-7-08 | |
| 22 | 05/10/06 Letter from C. Cashman of Sports Authority to C. Robbins, A. Seppi, & L. Allen re: response coming from Skadden to 5/5/06 Allen letter | | | |
| 23 | 05/18/08 Letter from M. Shebuski of Skadden to L. Allen of SNHCC re: summary of history of issue and TSA's position | 4-7-08 | 4-7-08 | |
| 24 | 03/27/06 E-Mail from D. Frieder to J. Wolford re: 10-15% OK; 03/27/06 E-Mail from J. Wolford to D. Frieder re: drawings-digital photos; 03/28/06 E-Mail from D. Frieder to J. Wolford re: Carl send photos of store to Jeff | 4-8-08 | 4-7-08 | |
| 25 | 04/04/06 E-Mail from D. Frieder to J. Wolford re: sorry it took so long (photos?) – call Monday to discuss | 4-8-08 | 4-8-08 | |

{S0572632.2 2/28/2008 DAR MAH}

Admitted    mark

| # | Description | | | |
|---|---|---|---|---|
| 26 | 04/19/06 E-Mail from J. Wolford to D. Frieder re: 4 Year Labor Material Increase numbers; 04/19/06 E-Mail from D. Frieder to J. Wolford re: where are numbers from? | 4-8-08 | 4-7-08 | |
| 27 | 04/26/06 E-Mail from D. Frieder to J. Wolford re: Owner Bid Rev. – on high side | 4-8-08 | 4-7-08 | |
| 28 | 04/26/06 E-mails between D. Frieder and J. Wolford re: Springfield repair costs – site visit | 4-8-08 | 4-8-08 | |
| 29 | 05/04/06 E-Mail from D. Frieder to J. Wolford re: Springfield site visit – contractor Jones/Blythe – move out | 4-8-08 | 4-7-08 | |
| 30 | 05/05/06 E-Mails between D. Frieder and J. Wolford re: called off Goober | | | |
| 31 | 05/08/06 E-Mail from D. Frieder to J. Wolford re: $17K different – roof – no revised letter to LL – post visit; 05/08/06 E-Mail from J. Wolford to D. Frieder re: Revised Owner Spreadsheet – post visit | 4-8-08 | 4-7-08 | |
| 32 | Mark Sorensen 10/22/07 Deposition Transcript | | | |
| 33 | 03/29/06 Letter from M. Sorensen to C. Robbins re: opinion of extent of damages (Sorensen Dep. Ex. #1) | | | |
| 34 | Letter from Q. Ragan of EFI Global to J. Krone re: inspection of building – instability (Sorensen Dep. Ex. #2) | | | |
| 35 | 04/02/01 Lease (Sorensen Dep. Ex. #3) | | | |
| 36 | 09/22/06 City of Springfield Status Of Certificate of Occupancy (Sorensen Dep. Ex. #4) | | | |
| 37 | Mark Sorensen Rule 26(a)(2) Expert Witness Report (Sorensen Dep. Ex. #5) | 4-7-08 | 4-7-08 | |
| 38 | 03/14/06 Memo from Jeff Krone of Cotton re: Tornado Damage- necessary services for restoration (Sorensen Dep. Ex. #6) | | | |
| 39 | Jeffrey Wolford 10/30/07 Deposition Transcript | | | |
| 40 | Jeffry Wolford Rule 26(a)(2) Expert Disclosure (Wolford Dep. Ex. #1) | 4-8-08 | 4-7-08 | |
| 41 | 07/26/01 Gart Sports Company Bid Breakdown (Wolford Dep. Ex. #2) | 4-8-08 | 4-7-08 | |

{S0572632.2 2/28/2008 DAR MAH}

3

| | | Admitted | Marked | |
|---|---|---|---|---|
| 42 | Jeff Wolford Budget Estimate (Wolford Dep. Ex. #3) | | | |
| 43 | Jeff Wolford Revised 5/7 Bid Breakdown (Wolford Dep. Ex. #4) | | | |
| 44 | 03/29/06 Letter from M. Sorensen to Charles Robbins re: opinion of extent of damage (Wolford Dep. Ex. #5) | | | |
| 45 | Spreadsheet of Costs (Wolford Dep. #6) | | | |
| 46 | 03/27/06 E-Mail from D. Frieder to J. Wolford re: damage to building 10-15% (Wolford Dep. Ex. #7) | | | |
| 47 | Jeff Wolford Revised 5/7 Bid Breakdown (Wolford Dep. Ex. #8) | | | |
| 48 | 05/08/06 05/08/06 E-Mail from D. Frieder to M. Mayne, L. Kelton, & N. Hassanein re: revised estimate $17k more (Wolford Dep. Ex. #9) | | | |
| 49 | 09/22/06 City of Springfield Status Of Certificate of Occupancy (Wolford Dep. Ex. #10) | | | |
| 50 | Wolford's Report Exhibit 'C' #101-102 | 4-8-08 | 4-7-08 | |
| 51 | CottonUSA Scope of Services for work at TSA's Springfield Store  By left | 4-8-08 | 4-8-08 | |
| 52 | CottonUSA Restoration Service Agreement for TSA's Springfield Store | 4-8-08 | 4-8-08 | |
| 53 | Invoice of CottonUSA containing breakdown of labor, equipment, etc., for services performed at TSA's Springfield Store | 4-8-08 | 4-8-08 | |
| 54 | 103 Photgraphs:<br>liberty springfield 02.jpg ✓<br>liberty springfield 03.jpg ✓<br>liberty springfield 05.jpg ✓<br>liberty springfield 06.jpg ✓<br>liberty springfield 07.jpg ✓<br>liberty springfield 08.jpg ✓<br>liberty springfield 09.jpg<br>liberty springfield 010.jpg ✓<br>liberty springfield 011.jpg ✓<br>liberty springfield 012.jpg ✓<br>liberty springfield 013.jpg ✓<br>liberty springfield 014.jpg ✓<br>liberty springfield 015.jpg ✓<br>liberty springfield 016.jpg ✓<br>liberty springfield 017.jpg ✓<br>liberty springfield 018.jpg ✓ | 4-8-08 | 4-8-08 | |

Taken By Kione

| | | Admitted | Marked | |
|---|---|---|---|---|
| taken by Kront | liberty springfield 019.jpg ✓<br>liberty springfield 020.jpg ✓<br>liberty springfield 021.jpg ✓<br>liberty springfield 022.jpg ✓<br>liberty springfield 023.jpg ✓<br>liberty springfield 024.jpg ✓<br>liberty springfield 025.jpg ✓<br>liberty springfield 026.jpg ✓<br>liberty springfield 027.jpg ✓ | 4-8-08 | | |
| | ~~liberty springfield 028.jpg~~ ✓<br>~~liberty springfield 029.jpg~~<br>liberty springfield 030.jpg<br>liberty springfield 031.jpg<br>liberty springfield 032.jpg<br>liberty springfield 032.jpg<br>liberty springfield 033.jpg<br>liberty springfield 034.jpg<br>liberty springfield 035.jpg<br>liberty springfield 036.jpg<br>liberty springfield 037.jpg<br>liberty springfield 038.jpg<br>liberty springfield 039.jpg<br>liberty springfield 040.jpg<br>liberty springfield 041.jpg<br>liberty springfield 042.jpg<br>liberty springfield 043.jpg<br>liberty springfield 044.jpg<br>liberty springfield 045.jpg<br>liberty springfield 046.jpg<br>liberty springfield 047.jpg<br>liberty springfield 048.jpg<br>liberty springfield 049.jpg<br>liberty springfield 050.jpg<br>liberty springfield 051.jpg<br>liberty springfield 052.jpg<br>liberty springfield 055.jpg<br>liberty springfield 057.jpg<br>liberty springfield 058.jpg ✓<br>liberty springfield 059.jpg<br>liberty springfield 060.jpg<br>liberty springfield 061.jpg<br>liberty springfield 062.jpg<br>liberty springfield 063.jpg<br>liberty springfield 064.jpg<br>liberty springfield 065.jpg<br>liberty springfield 066.jpg | | offered by petr | 4-8-08 |

{S0572632.2  2/28/2008 DAR MAH}

5

| | Admitted | Marked | |
|---|---|---|---|
| liberty springfield 067.jpg | | | |
| liberty springfield 068.jpg | | | |
| liberty springfield 069.jpg | | | |
| liberty springfield 072.jpg | | | |
| liberty springfield 075.jpg | | | |
| liberty springfield 076.jpg | | | |
| liberty springfield 077.jpg | | | |
| liberty springfield 078.jpg | | | |
| liberty springfield 079.jpg | | | |
| liberty springfield 080.jpg | | | |
| liberty springfield 081.jpg | | | |
| liberty springfield 082.jpg | | | |
| liberty springfield 083.jpg | | | |
| liberty springfield 084.jpg | | | |
| liberty springfield 085.jpg | | | |
| liberty springfield 087.jpg | | | |
| liberty springfield 089.jpg | | | |
| liberty springfield 090.jpg | | | |
| liberty springfield 091.jpg | | | |
| liberty springfield 092.jpg | | | |
| liberty springfield 093.jpg | | | |
| liberty springfield 094.jpg | | | |
| liberty springfield 095.jpg | | | |
| liberty springfield 096.jpg | | | |
| liberty springfield 097.jpg | | | |
| liberty springfield 098.jpg | | | |
| liberty springfield 099.jpg | | | |
| liberty springfield 100.jpg | | | |
| liberty springfield 101.jpg | | | |
| liberty springfield 102.jpg | | | |
| liberty springfield 103.jpg | | | |
| liberty springfield 104.jpg | | | |
| liberty springfield 105.jpg | | | |
| liberty springfield 106.jpg | | | |
| liberty springfield 107.jpg | | | |
| liberty springfield 108.jpg | | | |
| liberty springfield 109.jpg | | | |
| liberty springfield 111.jpg | | | |
| liberty springfield 112.jpg | | | |
| liberty springfield 113.jpg | | | |
| liberty springfield 114.jpg | | | |
| liberty springfield 115.jpg | | | |
| liberty springfield 116.jpg | | | |