E-FILED
Thursday, 29 May, 2008  02:52:58 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| SWPLAZA III, LLC, an Illinois limited liability company, as successor to Illinois National Bank, as Trustee under Trust Agreement dated November 6, 2000 and known as Trust No. 00-0020, an Illinois banking institution, | ) ) ) ) ) ) ) | |
| Plaintiff/Counter-Defendant, | ) ) | |
| v. | ) ) | Case No.: 06-CV-3177 |
| TSA STORES, INC., as successor to Gart Brothers Sporting Goods Company, a Delaware corporation, | ) ) ) ) | |
| Defendant/Counter-Plaintiff. | ) | |

**JOINT STATUS REPORT**

NOW COMES Plaintiff/Counter-Defendant, SWPLAZA III, LLC (hereinafter "SWPlaza"), an Illinois limited liability company, as successor to Illinois National Bank, as Trustee under Trust Agreement dated November 6, 2000 and known as Trust No. 00-0020, an Illinois banking institution, by and through its attorneys, Sorling, Northrup, Hanna, Cullen & Cochran, Ltd., David A. Rolf, of Counsel, jointly with Defendant/Counter-Plaintiff, TSA STORES, INC. (hereinafter "TSA"), as successor to Gart Brothers Sporting Goods Company, a Delaware corporation, by and through its attorneys, Hinshaw & Culbertson LLP, Charles R. Schmadeke, of Counsel, and pursuant to the Court's Order of May 1, 2008 provides the following status report:

1.    This matter proceeded to a bench trial before the Honorable Judge Jeanne E. Scott, which trial was completed on April 9, 2008.

{S0581427.3  5/27/2008 DAR MAH}

2.  Thereafter, following written submissions, the Court entered its' Opinion on or about May 1, 2008 ruling in favor of SWPlaza and against TSA.

3.  As part of that Opinion, the parties were directed to file a status report regarding their progress on damages within thirty days.

4.  The parties have proceeded diligently and believe they have an agreement as to damages, as well as other issues that have arisen out of the Court's ruling.

5.  The parties believe that with an additional thirty days, they will be able, through their good faith efforts, to settle the matter in its entirety, prepare the necessary settlement documents, and file the appropriate Stipulation with the Court.

WHEREFORE, Plaintiff/Counter-Defendant, SWPLAZA III, LLC, an Illinois limited liability company, as successor to Illinois National Bank, as Trustee under Trust Agreement dated November 6, 2000 and known as Trust No. 00-0020, an Illinois banking institution, and Defendant/Counter-Plaintiff, TSA STORES, INC., as successor to Gart Brothers Sporting Goods Company, a Delaware corporation, respectfully submit this status report for the Court's notification and in consideration, requesting an additional thirty days in order to complete resolution of remaining issues and necessary documents.

Respectfully submitted,

SWPLAZA III, L.L.C., an Illinois limited liability company, as successor to Illinois National Bank, as Trustee under Trust Agreement dated November 6, 2000 and known as Trust No. 00-0020, Plaintiff/Counter-Defendant,


By: ___/s/ David A. Rolf_____
    David A. Rolf, Bar #6196030
    Attorney for Plaintiff/Counter-Defendant
    Sorling, Northrup, Hanna,
    Cullen & Cochran, Ltd.
    Suite 800, Illinois Building
    Post Office Box 5131
    Springfield, IL 62705
    Telephone: (217)544-1144
    Facsimile: (217)522-3173

TSA STORES, INC., as successor to Gart Brothers Sporting Goods Company, a Delaware corporation, Defendant/Counter-Plaintiff,


By: ___/s/ Charles R. Schmadeke_____
    Charles R. Schmadeke
    Attorney for Defendant/Counter-Plaintiff
    Hinshaw & Culbertson LLP
    400 South 9th Street, Suite 200
    Springfield, IL 62701
    Telephone: (217)528-7375
    Facsimile: (217)528-0075

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served by electronic service through the Court's ECF System to the following:

Mr. J. William Roberts
Mr. Charles R. Schmadeke
Hinshaw & Culbertson LLP
400 South 9th Street, Suite 200
Springfield, IL 62701

on the 29th day of May, 2008.

/s/ David A. Rolf
David A. Rolf, Bar #6196030
Attorney for Plaintiff/Counter-Defendant
Sorling, Northrup, Hanna,
Cullen & Cochran, Ltd.
Suite 800. Illinois Building
Post Office Box 5131
Springfield, IL 62705
Telephone: (217)544-1144
Fax: (217)522-3173
E-Mail: darolf@sorlinglaw.com

/s/ Charles R. Schmadeke
Charles R. Schmadeke
Attorney for Defendant/Counter-Plaintiff
Hinshaw & Culbertson LLP
400 South 9th Street, Suite 200
Springfield, IL 62701
Telephone: (217)528-7375
Facsimile: (217)528-0075