E-FILED
Friday, 11 July, 2008 12:25:47 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SWPLAZA III, LLC, an Illinois limited liability company, as successor to Illinois National Bank, as Trustee under Trust Agreement dated November 6, 2000 and known as Trust No. 00-0020, an Illinois banking institution,<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>TSA STORES, INC., as successor to Gart Brothers Sporting Goods Company, a Delaware corporation,<br><br>    Defendant/Counter-Plaintiff. | Case No.: 06-CV-3177 |

## JOINT STATUS REPORT

NOW COMES Plaintiff/Counter-Defendant, SWPLAZA III, LLC (hereinafter "SWPlaza"), an Illinois limited liability company, as successor to Illinois National Bank, as Trustee under Trust Agreement dated November 6, 2000 and known as Trust No. 00-0020, an Illinois banking institution, by and through its attorneys, Sorling, Northrup, Hanna, Cullen & Cochran, Ltd., David A. Rolf, of Counsel, jointly with Defendant/Counter-Plaintiff, TSA STORES, INC. (hereinafter "TSA"), as successor to Gart Brothers Sporting Goods Company, a Delaware corporation, by and through its attorneys, Hinshaw & Culbertson LLP, Charles R. Schmadeke, of Counsel, and pursuant to the Court's Order of May 1, 2008 provides the following status report:

    1.    In the last Status Report, the parties indicated they were making progress on the issue of damages in an effort to settle the matter in its entirety.

    2.    The parties have been able to reach a settlement in the matter.

3.  As a result of the settlement, the parties request an additional fourteen days to exchange the necessary settlement materials and file a Stipulated Order of Dismissal with the Court.

WHEREFORE, Plaintiff/Counter-Defendant, SWPLAZA III, LLC, an Illinois limited liability company, as successor to Illinois National Bank, as Trustee under Trust Agreement dated November 6, 2000 and known as Trust No. 00-0020, an Illinois banking institution, and Defendant/Counter-Plaintiff, TSA STORES, INC., as successor to Gart Brothers Sporting Goods Company, a Delaware corporation, respectfully submit this status report for the Court's notification and consideration.

Respectfully submitted,

SWPLAZA III, L.L.C., an Illinois limited liability company, as successor to Illinois National Bank, as Trustee under Trust Agreement dated November 6, 2000 and known as Trust No. 00-0020, Plaintiff/Counter-Defendant,

By: ___/s/ David A. Rolf_____
David A. Rolf, Bar #6196030
Attorney for Plaintiff/Counter-Defendant
Sorling, Northrup, Hanna,
Cullen & Cochran, Ltd.
Suite 800, Illinois Building
Post Office Box 5131
Springfield, IL 62705
Telephone: (217)544-1144
Facsimile: (217)522-3173

TSA STORES, INC., as successor to Gart Brothers Sporting Goods Company, a Delaware corporation, Defendant/Counter-Plaintiff,

By:  /s/ Charles R. Schmadeke
 Charles R. Schmadeke
 Attorney for Defendant/Counter-Plaintiff
 Hinshaw & Culbertson LLP
 400 South 9th Street, Suite 200
 Springfield, IL 62701
 Telephone: (217)528-7375
 Facsimile: (217)528-0075

{S0589530.1 7/11/2008 DAR MAH}

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served by electronic service through the Court's ECF System to the following:

Mr. J. William Roberts
Mr. Charles R. Schmadeke
Hinshaw & Culbertson LLP
400 South 9th Street, Suite 200
Springfield, IL 62701

on the 11th day of July, 2008.

/s/ David A. Rolf
David A. Rolf, Bar #6196030
Attorney for Plaintiff/Counter-Defendant
Sorling, Northrup, Hanna,
Cullen & Cochran, Ltd.
Suite 800. Illinois Building
Post Office Box 5131
Springfield, IL 62705
Telephone: (217)544-1144
Fax: (217)522-3173
E-Mail: darolf@sorlinglaw.com

/s/ Charles R. Schmadeke
Charles R. Schmadeke
Attorney for Defendant/Counter-Plaintiff
Hinshaw & Culbertson LLP
400 South 9th Street, Suite 200
Springfield, IL 62701
Telephone: (217)528-7375
Facsimile: (217)528-0075