E-FILED
Tuesday, 29 July, 2008 02:48:48 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SWPLAZA III, LLC, an Illinois limited liability company, as successor to Illinois National Bank, as Trustee under Trust Agreement dated November 6, 2000 and known as Trust No. 00-0020, an Illinois banking institution,<br><br>Plaintiff,<br><br>v.<br><br>TSA STORES, INC., as successor to Gart Brothers Sporting Goods Company, a Delaware corporation,<br><br>Defendant. | Case No. 06-3177 |

## STIPULATED ORDER OF COURT

AND NOW COME THE PARTIES, by their undersigned counsel, and stipulate to the entry of this ORDER of this Court, dismissing this Civil Action, with prejudice, the Parties having reached a full, final and complete settlement and resolution of their claims and defenses. The Parties further stipulate and agree that the Court shall retain jurisdiction of the Parties and of this matter for the purposes of enforcing or interpreting the terms of the Settlement Agreement of the Parties, and that each Party shall bear their own fees, costs and expenses of this Civil Action.

Entered: _____   _____
                                                                    JUDGE

{S0591174.1 7/29/2008 DAR MAH}

STIPULATED AND CONSENTED TO:

| | |
|---|---|
| SWPLAZA III, L.L.C., an Illinois limited liability company, as successor to Illinois National Bank, as Trustee under Trust Agreement dated November 6, 2000 and known as Trust No. 00-0020, Plaintiff/Counter-Defendant, | TSA STORES, INC., as successor to Gart Brothers Sporting Goods Company, a Delaware corporation, Defendant/Counter-Plaintiff, |
| By:   /s/ David A. Rolf<br>David A. Rolf<br>Attorney for Plaintiff/Counter-Defendant<br>Sorling, Northrup, Hanna, Cullen & Cochran, Ltd.<br>Suite 800, Illinois Building<br>Post Office Box 5131<br>Springfield, IL 62705<br>Telephone:  (217)544-1144<br>Facsimile:  (217)522-3173 | By: /s/ Charles R. Schmadeke<br>Charles R. Schmadeke<br>Attorney for Defendant/Counter-Plaintiff<br>Hinshaw & Culbertson LLP<br>400 South 9th Street, Suite 200<br>Springfield, IL 62701<br>Telephone:  (217)528-7375<br>Facsimile:  (217)528-0075 |